1 **HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
2 **KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
3 **CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
4 Los Angeles, California 90012
Tel: (213) 978-7023  |  Fax: (213) 978-8785
5 Email: christian.bojorquez@lacity.org

6 *Attorneys for Defendant* CITY OF LOS ANGELES

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10 NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; K.V., by and through her Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; A.V., by and through his Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>CITY OF LOS ANGELES, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **Case No. 8:24-cv-02421 FLA (JDEx)**<br>*Honorable Fernando L. Aenlle-Rocha; Ctrm 6B*<br>*Magistrate John D. Early; Crtm 6A (Santa Ana)*<br><br>**DEFENDANT CITY OF LOS ANGELES' CERTIFICATION AS TO INTERESTED PARTIES** |

25        The undersigned, counsel of record for Defendant CITY OF LOS ANGELES,

26 certifies the following listed parties have a direct, pecuniary interest in the outcome of

27 the case. These representations are made to enable the court to evaluate disqualification

28 or recusal.

1.    NELSON VASQUEZ, individually and as successor-in-interest to
      Decedent, Oscar Vasquez Lopez – Plaintiff;

2.    DAYLIN VASQUEZ individually and as successor-in-interest to Decedent
      Oscar Vasquez Lopez - Plaintiff;

3.    LUSSY VASQUEZ, individually and as successor-in-interest to Decedent
      Oscar Vasquez Lopez - Plaintiff;

4.    OSCAR VASQUEZ, individually and as successor-in-interest to Decedent
      Oscar Vasquez Lopez - Plaintiff;

5.    K.V., by and through her Guardian ad litem, Daylin Vasquez, individually
      and as successor-in-interest to Decedent Oscar Vasquez Lopez - Plaintiff;

6.    A.V., by and through his Guardian ad litem, Daylin Vasquez, individually
      and as successor-in-interest to Decedent Oscar Vasquez Lopez - Plaintiff;

7.    JOSE VASQUEZ LOPEZ, individually – Plaintiff; and

8.    CITY OF LOS ANGELES – Defendant.

DATED: December 27, 2024          HYDEE FELDSTEIN SOTO, City Attorney
                                  DENISE C. MILLS, Chief Deputy City Attorney
                                  KATHLEEN KENEALY, Chief Assistant City Attorney
                                  CORY M. BRENTE, Senior Assistant City Attorney


                                  By: _/s/ *Christian R. Bojorquez*_____
                                      CHRISTIAN R. BOJORQUEZ, Deputy City Atty.
                                      *Attorneys for Defendant* CITY OF LOS ANGELES