**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No. 8:24-cv-02421-FLA-JDE** <br> *Honorable Fernando L. Aenlle-Rocha; Ctrm 6B* <br> *Magistrate John D. Early; Crtm 6A (Santa Ana)* <br><br> **APPLICATION OF DAYLIN VASQUEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF K.V.** <br><br> [*Consent of Nominee* and *Proposed Order* filed concurrently herewith] |

---

1
APPLICATION OF DAYLIN VASQUEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.V.

# APPLICATION OF DAYLIN VASQUEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF K.V.

1. K.V. is a minor plaintiff in the above-referenced case.
2. K.V. was born on September 7, 2009.
3. I, Daylin Vasquez, am the natural sister of minor plaintiff K.V.
4. Minor plaintiff K.V. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her civil rights.
5. I, Daylin Vasquez, have no interest adverse to minor plaintiff K.V. Although I am a plaintiff in the above-referenced case, I commit to faithfully serving as K.V.'s Guardian *ad Litem* if appointed and to not putting my own interests before K.V.'s in the course of the litigation of this case.
6. Daylin Vasquez is a resident of the State of Florida.
7. Daylin Vasquez is a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad Litem* for K.V. filed concurrently herewith.

Plaintiff therefore respectfully requests an order appointing Daylin Vasquez as Guardian *ad Litem* for minor plaintiff K.V.

DATED: December 9, 2024

By: _____
Daylin Vasquez

DATED: December 9, 2024

LAW OFFICES OF DALE K. GALIPO

By: _____
DALE K. GALIPO
Attorneys for Plaintiff

2
APPLICATION OF DAYLIN VASQUEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.V.