1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Benjamin S. Levine (SBN 342060)
3  blevine@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333
5  Fax: (818) 347-4118
6
   *Attorneys for Plaintiffs*
7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 8:24-cv-02421-FLA(JDE)<br>*Honorable Fernando L. Aenlle-Rocha; Ctrm 6B Magistrate John D. Early; Crtm 6A (Santa Ana)*<br><br>**CONSENT OF NOMINEE DAYLIN VASQUEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF K.V.**<br><br>[Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373]<br><br>[*Application for Appointment as Guardian ad Litem* and *Proposed Order* filed concurrently herewith] |

# **CONSENT OF NOMINEE**

I, Daylin D. Vasquez, the nominee and natural sister of K.V., who is a minor plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for K.V. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on  1/2/2025  in La Bella, Florida.

*Daylin Dalila Vasquez*
3CBA1D4BEEF44BF...

Daylin D. Vasquez

2
CONSENT OF NOMINEE DAYLIN VASQUEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.V.