**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 8:24-cv-02421-FLA-JDE**<br><br>*Honorable Fernando L. Aenlle-Rocha; Ctrm 6B Magistrate John D. Early; Crtm 6A (Santa Ana)*<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF DAYLIN VASQUEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.V.** |

# [PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM*

Having reviewed the Application of Daylin Vasquez for Appointment as Guardian *ad Litem* for minor plaintiff A.V., and the Consent of Nominee Daylin Vasquez as Guardian *ad Litem* for Minor Plaintiff A.V., it is HEREBY ORDERED that Daylin Vasquez be, and hereby is, appointed as Guardian *ad Litem* for minor plaintiff A.V.

**IT IS SO ORDERED.**

DATED:                                             UNITED STATES DISTRICT COURT

_____

John D. Early, Magistrate Judge