# Exhibit A

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**

State File Number: 3052023223847
Local Registration Number: 3202319049752

| Field | Value |
|---|---|
| 1. Name of Decedent (First) | OSCAR |
| 3. Last (Family) | VASQUEZ LOPEZ |
| 4. Date of Birth | 03/04/1979 |
| 5. Age | 44 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | GUATEMALA |
| 11. Ever in US Armed Forces? | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 10/07/2023 |
| 8. Hour | 0120 |
| 13. Education | 04 |
| 14. Hispanic | YES – GUATEMALAN |
| 15. Race | OTHER HISPANIC |
| 17. Usual Occupation | CONSTRUCTION WORKER |
| 18. Kind of Business/Industry | CONSTRUCTION |
| 19. Years in Occupation | 4 |
| 20. Decedent's Residence | 2036 E. WHITING AVE. APT. 5 |
| 21. City | FULLERTON |
| 22. County | ORANGE |
| 23. Zip Code | 92831 |
| 24. Years in County | 4 |
| 25. State | CA |
| 26. Informant's Name/Relationship | NELSON GUDIEL VASQUEZ VELASQUEZ, SON |
| 27. Informant's Address | 2036 E. WHITING AVE. APT. 5, FULLERTON, CA 92831 |
| 31. Father – First | ANGEL |
| 33. Last | VASQUEZ |
| 34. Birth State | GUATEMALA |
| 35. Mother – First | MICAELA |
| 37. Last (Birth Name) | LOPEZ |
| 38. Birth State | GUATEMALA |
| 39. Disposition Date | 10/29/2023 |
| 40. Place of Final Disposition | CEMENTERIO GENERAL, MUNICIPIO LAS CRUCES, DEPARTAMENTO DE PETEN, GUATEMALA 17000 |
| 41. Type of Disposition | TRANSIT/BURIAL |
| 42. Signature of Embalmer | MICHAEL LEONARD PADILLA |
| 43. License Number | EMB9025 |
| 44. Name of Funeral Establishment | FUNERARIA LATINO-AMERICANA |
| 45. License Number | FD1412 |
| 46. Signature of Local Registrar | MUNTU DAVIS MD |
| 47. Date | 10/13/2023 |
| 101. Place of Death | PARKING LOT |
| 103. Other Than Hospital, Specify One | Other |
| 104. County | LOS ANGELES |
| 105. Facility Address | 21051 SHERMAN WAY |
| 106. City | LOS ANGELES |
| 107. Cause of Death – Immediate | SHOTGUN WOUND OF NECK AND SHOULDER |
| Time Interval | RAPID |
| 108. Death Reported to Coroner | YES – 2023-13617 |
| 109. Biopsy Performed | NO |
| 110. Autopsy Performed | YES |
| 111. Used in Determining Cause | YES |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | NO |
| 114. Decedent Pregnant in Last Year | NO |
| 119. Manner of Death | Homicide |
| 120. Injury at Work? | NO |
| 121. Injury Date | 10/07/2023 |
| 122. Hour | 0104 |
| 123. Place of Injury | OTHER: PARKING LOT |
| 124. Describe How Injury Occurred | SHOT BY OTHER |
| 125. Location of Injury | 21051 SHERMAN WAY, LOS ANGELES, CA 91303 |
| 126. Signature of Coroner | EVONNE R-JACKSON |
| 127. Date | 10/12/2023 |
| 128. Type Name, Title | EVONNE R-JACKSON, DEP CORONER |

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

_____ , MD
Health Officer and Registrar
VG

DATE ISSUED: OCT 18 2023



*004049719*