LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-02421-FLA(JDE)<br>*Hon. Fernando L. Aenlle-Rocha; Ctrm 6B*<br>*Magistrate John D. Early; Crtm 6A (Santa Ana)*<br><br>**DECLARATION OF DAYLIN D. VASQUEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.V., SUCCESSOR IN INTEREST TO OSCAR VASQUEZ LOPEZ (C.C.P. § 377.32)**<br><br>**[Cal. Code Civ. Proc. §377]** |

# C.C.P. § 377.32 DECLARATION OF DAYLIN D. VASQUEZ, FOR K.V., AS SUCCESSOR IN INTEREST TO OSCAR VASQUEZ LOPEZ

I, Daylin Dalila Vasquez, do hereby declare as follows:

1. My name is Daylin Dalila Vasquez, I am a competent adult over the age of eighteen and *guardian ad litem* for plaintiff K.V.

2. A.V. was born on September 7, 2009.

3. I am personally familiar with the facts contained herein, and would competently testify thereto if called upon to do so.

4. The name of the decedent in this action is Oscar Vasquez Lopez ("Decedent").

5. Decedent is the natural father of plaintiff K.V.

6. Decedent died on October 7, 2023, in the city of Canoga Park, California.

7. No proceeding is now pending in California for administration of Decedent's estate.

8. K.V. is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the biological daughter of Decedent.

9. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding, with the exception of plaintiffs A.V (minor)., Nelson Vasquez, Daylin D. Vasquez, Oscar Z. Vasquez, Lussy A. Vasquez, Decedent's biological children, and plaintiff Jose Vasquez Lopez, Decedent's biological brother, who have also executed declarations as Decedent's successors-in-interest.

10. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

1   I, Daylin Dalila Vasquez, declare under penalty of perjury under the laws of
2  the State of California that the foregoing is true and correct.
3
4   Executed on _1/2/2025_ in _LaBelle_, California.
5
6                      *Daylin Dalila Vasquez*
                    ───────3CBA1D4BEEF44BF...───────
                    Daylin Dalila Vasquez
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28