UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 8:24-cv-02421-FLA-JDE<br><br>ORDER GRANTING APPLICATIONS FOR APPOINTMENT OF DAYLIN VASQUEZ AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFFS K.V. and A.V.<br><br>[Dkt. Nos. 13, 14] |

1 | The Court, having considered the Applications (Dkt. 13 and 14,
2 | "Applications") and supporting material of Daylin Vasquez for Appointment as
3 | *Guardian ad Litem* for K.V. and A.V., minor Plaintiffs in the above-referenced
4 | action, and for good cause shown, IT IS HEREBY ORDERED that the
5 | Applications (Dkt. 13 and 14) are GRANTED and Daylin Vasquez is appointed
6 | as Guardian ad Litem for K.V. and A.V. in the above-referenced action.

DATED: January 02, 2025

_____
JOHN D. EARLY
United States Magistrate Judge