# Exhibit A

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**

State File Number: 3052023223847
Local Registration Number: 3202319049752

### Decedent's Personal Data
- **Name of Decedent (First):** OSCAR
- **Last:** VASQUEZ LOPEZ
- **Date of Birth:** 03/04/1979
- **Age:** 44
- **Sex:** M
- **Birth State/Foreign Country:** GUATEMALA
- **Ever in U.S. Armed Forces?:** NO
- **Marital Status at Time of Death:** NEVER MARRIED
- **Date of Death:** 10/07/2023
- **Hour:** 0120
- **Education:** 04
- **Hispanic/Latino:** YES — GUATEMALAN
- **Race:** OTHER HISPANIC
- **Usual Occupation:** CONSTRUCTION WORKER
- **Kind of Business/Industry:** CONSTRUCTION
- **Years in Occupation:** 4

### Usual Residence
- **Street:** 2036 E. WHITING AVE. APT. 5
- **City:** FULLERTON
- **County:** ORANGE
- **Zip Code:** 92831
- **Years in County:** 4
- **State:** CA

### Informant
- **Name, Relationship:** NELSON GUDIEL VASQUEZ VELASQUEZ, SON
- **Address:** 2036 E. WHITING AVE. APT. 5, FULLERTON, CA 92831

### Spouse/Parent Information
- **Name of Father (First):** ANGEL
- **Last:** VASQUEZ
- **Birth State:** GUATEMALA
- **Name of Mother (First):** MICAELA
- **Last:** LOPEZ
- **Birth State:** GUATEMALA

### Funeral Director / Local Registrar
- **Disposition Date:** 10/29/2023
- **Place of Final Disposition:** CEMENTERIO GENERAL, MUNICIPIO LAS CRUCES, DEPARTAMENTO DE PETEN, GUATEMALA 17000
- **Type of Disposition:** TRANSIT/BURIAL
- **Signature of Embalmer:** MICHAEL LEONARD PADILLA
- **License Number:** EMB9025
- **Name of Funeral Establishment:** FUNERARIA LATINO-AMERICANA
- **License Number:** FD1412
- **Signature of Local Registrar:** MUNTU DAVIS MD
- **Date:** 10/13/2023

### Place of Death
- **Place of Death:** PARKING LOT — Other
- **County:** LOS ANGELES
- **Facility Address:** 21051 SHERMAN WAY
- **City:** LOS ANGELES

### Cause of Death
- **Immediate Cause (A):** SHOTGUN WOUND OF NECK AND SHOULDER
- **Time Interval:** RAPID
- **Death Reported to Coroner:** YES — 2023-13617
- **Biopsy Performed:** NO
- **Autopsy Performed:** YES
- **Used in Determining Cause:** YES
- **Other Significant Conditions:** NONE
- **Operation Performed:** NO
- **Decedent Pregnant in Last Year:** NO

### Coroner's Use Only
- **Manner of Death:** Homicide
- **Injury at Work:** NO
- **Injury Date:** 10/07/2023
- **Injury Hour:** 0104
- **Place of Injury:** OTHER: PARKING LOT
- **Describe How Injury Occurred:** SHOT BY OTHER
- **Location of Injury:** 21051 SHERMAN WAY, LOS ANGELES, CA 91303
- **Signature of Coroner:** EVONNE R-JACKSON
- **Date:** 10/12/2023
- **Coroner:** EVONNE R-JACKSON, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

_MD_, VG
Health Officer and Registrar

DATE ISSUED: OCT 18 2023




*004049719*