# Exhibit A

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052023223847
LOCAL REGISTRATION NUMBER: 3202319049752

1. NAME OF DECEDENT (FIRST): OSCAR
3. LAST (Family): VASQUEZ LOPEZ
1 OF 2

4. DATE OF BIRTH: 03/04/1979
5. AGE: 44
6. SEX: M

8. BIRTH STATE/FOREIGN COUNTRY: GUATEMALA
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: NEVER MARRIED
7. DATE OF DEATH: 10/07/2023
8. HOUR: 0120

13. EDUCATION: 04
14/15. HISPANIC/LATINO: YES – GUATEMALAN
16. DECEDENT'S RACE: OTHER HISPANIC

17. USUAL OCCUPATION: CONSTRUCTION WORKER
18. KIND OF BUSINESS/INDUSTRY: CONSTRUCTION
19. YEARS IN OCCUPATION: 4

20. DECEDENT'S RESIDENCE: 2036 E. WHITING AVE. APT. 5
21. CITY: FULLERTON
22. COUNTY/PROVINCE: ORANGE
23. ZIP CODE: 92831
24. YEARS IN COUNTY: 4
25. STATE/FOREIGN COUNTRY: CA

26. INFORMANT'S NAME, RELATIONSHIP: NELSON GUDIEL VASQUEZ VELASQUEZ, SON
27. INFORMANT'S MAILING ADDRESS: 2036 E. WHITING AVE. APT. 5, FULLERTON, CA 92831

28. NAME OF SURVIVING SPOUSE/SRDP-FIRST: —
31. NAME OF FATHER/PARENT-FIRST: ANGEL
33. LAST: VASQUEZ
34. BIRTH STATE: GUATEMALA
35. NAME OF MOTHER/PARENT-FIRST: MICAELA
37. LAST (BIRTH NAME): LOPEZ
38. BIRTH STATE: GUATEMALA

39. DISPOSITION DATE: 10/29/2023
40. PLACE OF FINAL DISPOSITION: CEMENTERIO GENERAL, MUNICIPIO LAS CRUCES, DEPARTAMENTO DE PETEN, GUATEMALA 17000
41. TYPE OF DISPOSITION: TRANSIT/BURIAL
42. SIGNATURE OF EMBALMER: MICHAEL LEONARD PADILLA
43. LICENSE NUMBER: EMB9025
44. NAME OF FUNERAL ESTABLISHMENT: FUNERARIA LATINO-AMERICANA
45. LICENSE NUMBER: FD1412
46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
47. DATE: 10/13/2023

101. PLACE OF DEATH: PARKING LOT — Other
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 21051 SHERMAN WAY
106. CITY: LOS ANGELES

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): SHOTGUN WOUND OF NECK AND SHOULDER
Time interval: RAPID
108. DEATH REPORTED TO CORONER: YES — 2023-13617
110. BIOPSY PERFORMED: NO
111. AUTOPSY PERFORMED: YES
112. USED IN DETERMINING CAUSE: YES

112. OTHER SIGNIFICANT CONDITIONS: NONE

113. WAS OPERATION PERFORMED: NO
113A. DECEDENT PREGNANT IN LAST YEAR: NO

119. MANNER OF DEATH: Homicide
120. INJURY AT WORK: NO
121. INJURY DATE: 10/07/2023
122. HOUR: 0104

123. PLACE OF INJURY: OTHER: PARKING LOT
124. DESCRIBE HOW INJURY OCCURRED: SHOT BY OTHER
125. LOCATION OF INJURY: 21051 SHERMAN WAY, LOS ANGELES, CA 91303

126. SIGNATURE OF CORONER/DEPUTY CORONER: EVONNE R-JACKSON
127. DATE: 10/12/2023
128. TYPE NAME, TITLE OF CORONER: EVONNE R-JACKSON, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

Muntu Davis, MD
Health Officer and Registrar
VG

DATE ISSUED: OCT 18 2023


*004049719*