# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NELSON VASQUEZ, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:24−cv−02421−FLA−JDE |
| v. | |
| CITY OF LOS ANGELES, et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/21/2025 | 23 | Status Report by Plaintiff |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:
   Incorrect event code selected.  Refile and use correct event code: Joint Report Rule 26(f) Discovery Plan.

Dated: 2/25/2025                By: _____
                                    United States District Judge