**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No. 8:24-cv-02421-FLA-JDE** <br><br> *Hon. Fernando L. Aenlle-Rocha* <br> *Hon. Mag. Judge John D. Early* <br><br> **PLAINTIFFS' UNOPPOSED REQUEST TO APPEAR REMOTELY AT MARCH 7, 2025 SCHEDULING CONFERENCE OR TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL** <br><br> [*Proposed Order* filed concurrently herewith] <br><br> Date:     March 7, 2025 <br> Time:     1:00 p.m. <br> Crtrm.:   6B |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Counsel for Plaintiffs hereby respectfully request that Plaintiffs' lead trial counsel, Dale K. Galipo, be allowed to appear by Zoom or telephonically (or via other remote web conference platform) at the Scheduling Conference currently scheduled for March 7, 2025, at 1:00 p.m. Alternatively, counsel respectfully request that Benjamin Levine, who is an attorney of record for Plaintiffs but is not lead trial counsel, be allowed to appear at the Scheduling Conference in lieu of Mr. Galipo.

  Plaintiffs' counsel make this request because on March 7, Mr. Galipo is currently scheduled to take the remote depositions of two defendant officers in another case pending in this district involving the use of deadly force in which the fact discovery cutoff is approaching soon. With the Court's leave, Mr. Galipo could readily appear remotely for the Scheduling Conference while accommodating both depositions but could not do so if he is required to appear in person, possibly jeopardizing his ability to take these depositions within the current fact discovery period given that he is set to begin trial in a third matter on March 11, 2025.

  Plaintiffs' counsel acknowledge that the Court disfavors remote appearances and apologize for any inconvenience this request may cause. However, in this instance, it is believed that remote attendance would be the most reasonable option to ensure Plaintiffs' counsel's participation at the scheduling conference without compromising their obligations in the other pending matter. Should the Court not be inclined to allow Mr. Galipo to appear remotely, counsel respectfully request leave for Mr. Levine to appear in person in Mr. Galipo's stead, despite Mr. Galipo being Plaintiffs' lead trial counsel.

  Prior to submitting this request, Plaintiffs' counsel contacted counsel for Defendant, who advised he there is objection to this request for a remote appearance.

/ / /

For these reasons, Plaintiffs' counsel respectfully requests that the Court grant permission for Dale K. Galipo to appear remotely at the Scheduling Conference on March 7, 2025, or, alternatively, to allow leave for Benjamin Levine to appear for Plaintiffs in lieu of lead trial counsel.

DATED: March 4, 2025  **LAW OFFICES OF DALE K. GALIPO**

By:     */s/ Dale K. Galipo*
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiffs