**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:24-cv-02421-FLA-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST TO APPEAR REMOTELY AT MARCH 7, 2025 SCHEDULING CONFERENCE OR TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL** |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST TO APPEAR REMOTELY AT MARCH 7, 2025 SCHEDULING CONFERENCE OR TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL

Having reviewed Plaintiffs' Unopposed Request to Appear Remotely at March 7, 2025 Scheduling Conference or to Allow Appearance of Non-Lead Trial Counsel, the Court hereby orders that:

[____]   Plaintiffs' lead trial counsel, Dale K. Galipo, may appear remotely at the March 7, 2025 Scheduling Conference;

[____]   Plaintiffs' counsel, Benjamin S. Levine, may appear at the March 7, 2025 Scheduling Conference in lieu of Plaintiffs' lead trial counsel.

**IT IS SO ORDERED.**

DATED:                                                          UNITED STATES DISTRICT COURT

_____
Fernando L. Aenlle-Rocha
United States District Judge