**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:24-cv-02421-FLA-JDE <br><br> *Hon. Fernando L. Aenlle-Rocha* <br> *Hon. Mag. Judge John D. Early* <br><br> **JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO NAME THE OFFICER WHO USED DEADLY FORCE IN PLACE OF DOE DEFENDANT 1** <br><br> [*Proposed Order* filed concurrently herewith] |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs NELSON VASQUEZ, DAYLIN VASQUEZ, LUSSY VASQUEZ, OSCAR VASQUEZ, K.V., A.V., and JOSE VASQUEZ LOPEZ, and Defendant CITY OF LOS ANGELES ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on November 6, 2024. [Dkt. 1.] At the time of the filing of their Complaint, Plaintiffs were genuinely ignorant of the names of the City of Los Angeles Police Department employees and/or individuals who used force during the incident giving rise to this lawsuit. Subsequently, through discovery, Plaintiffs have discovered information that Officer Sean Steelmon is the City of Los Angeles Police Department employee who discharged his firearm during the incident giving rise to this lawsuit.

2. The Parties agree that Plaintiffs may file an amended complaint for the purpose of naming Officer Sean Steelmon as an individual defendant, in lieu of the current fictitiously named defendant "Doe 1," and identifying the force he used.

3. A copy of Plaintiffs' proposed First Amended Complaint is attached hereto as "Exhibit A."

4. Counsel for the City of Los Angeles agrees to accept service of the First Amended Complaint on behalf of the City of Los Angeles and Sean Steelmon.

5. The Parties agree that Plaintiffs shall have 7 days to file their First Amended Complaint after the Court grants them leave, and that Defendant City of Los Angeles shall have 21 days thereafter to file a responsive pleading.

///
///

THEREFORE, and based on the foregoing, the Parties hereby stipulate and jointly request an order granting Plaintiffs leave to file a First Amended Complaint within 7 days of the Court's order, and requiring that Defendant City of Los Angeles file a responsive pleading within 21 days thereafter.

**IT IS SO STIPULATED**.

DATED: April 1, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: _____
Dale K. Galipo
Benjamin S. Levine
*Attorneys for Plaintiffs*

DATED: April 1, 2025

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assist. City Attorney
CORY M. BRENTE, Sr. Assistant City Attorney

By: _____
Christian R. Bojorquez
*Attorneys for Defendant City of Los Angeles*

---

3

JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO NAME THE OFFICER WHO USED DEADLY FORCE IN PLACE OF DOE DEFENDANT 1