UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>　　　　　　Defendants. | Case No. 8:24-cv-02421-FLA (JDEx)<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT [DKT. 32]** |

# **ORDER**

On April 7, 2025, the parties filed a Stipulation to Allow Plaintiffs to Amend Complaint (the "Stipulation"), whereby Plaintiffs request leave to file a First Amended Complaint that names Officer Sean Steelmon in lieu of Doe Defendant 1. Dkt. 32.

Having considered the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and GRANTS Plaintiffs leave to file the proposed First Amended Complaint (Dkt. 32-1) within seven (7) days of this Order. Defendants' responses shall be due twenty-one (21) days from service of the First Amended Complaint.

IT IS SO ORDERED.

Dated: April 11, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge