1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
3  blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
Tel: (818) 347-3333
5  Fax: (818) 347-4118

6  *Attorneys for Plaintiffs*

7

8              **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
9

10  NELSON VASQUEZ, individually and          **Case No. 8:24-cv-02421-FLA-JDE**
as successor-in-interest to Decedent,
11  Oscar Vasquez Lopez; DAYLIN               *Hon. Fernando L. Aenlle-Rocha*
VASQUEZ, individually and as               *Hon. Mag. Judge John D. Early*
12  successor-in-interest to Decedent, Oscar
Vasquez Lopez; LUSSY VASQUEZ,
13
individually and as successor-in-interest
14  to Decedent, Oscar Vasquez Lopez;
OSCAR VASQUEZ, individually and          **PROOF OF SERVICE OF**
15  as successor-in-interest to Decedent,    **SUMMONS AND FIRST AMENDED**
Oscar Vasquez Lopez; K.V., by and        **COMPLAINT**
16  through her guardian ad litem, Daylin
17  Vasquez, individually and as successor-
in-interest to Decedent, Oscar Vasquez
18  Lopez; A.V., by and through his
guardian ad litem, Daylin Vasquez,
19
individually and as successor-in-interest
20  to Decedent, Oscar Vasquez Lopez; and
JOSE VASQUEZ LOPEZ, individually,
21

22              Plaintiffs,
23        v.
24
CITY OF LOS ANGELES; SEAN
25  STEELMON; and DOES 2 through 10,
inclusive,
26

27              Defendants.
28

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the First Amended Complaint, Summons, and other documents on Defendant SEAN STEELMON (attached hereto as Exhibit "A").

DATED: May 20, 2025              **LAW OFFICES OF DALE K. GALIPO**


By:     */s/ Dale K. Galipo*
        Dale K. Galipo
        Benjamin S. Levine
        Attorneys for Plaintiffs

PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Benjamin S. Levine (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310  Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO.  \| E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):*  Plaintiffs | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles**

STREET ADDRESS: 350 West First Street, Suite 4311

CITY AND ZIP CODE: Los Angeles, CA 90012

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez, et al.<br><br>DEFENDANT/RESPONDENT: CITY OF LOS ANGELES, et al. | CASE NUMBER:<br>8:24-cv-02421-FLA-JDEx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2444402KA |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☐ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet
   - e. ☐ Cross-Complaint
   - f. ☑ other *(specify documents):* **SUMMONS IN A CIVIL ACTION FIRST AMENDED COMPLAINT;FIRST AMENDED COMPLAINT FOR DAMAGES**

3. a. Party served *(specify name of party as shown on documents served):*
   **SEAN STEELMON**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **"John Doe" (Name Unknown), Receptionist, authorized person to accept service of process**

4. Address where the party was served:  **Los Angeles Police Department**
   **21501 Schoenborn Street**
   **Canoga Park, CA 91304**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/6/2025**   (2) at *(time):* **2:54 PM**

   b. ☐ **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.
   - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.
   - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.
   - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*   from *(city):*                              **or** ☐  a declaration of mailing is attached.
   - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2444402** |

| Plaintiff: NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez, et al. | CASE NUMBER: 8:24-cv-02421-FLA-JDEx |
|---|---|
| Defendant: **CITY OF LOS ANGELES, et al.** | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                 (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **SEAN STEELMON**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP 4(i)(2)** |

7. **Person who served papers**
  a. Name: **Erika Garcia - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 235.51**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner    ☑ employee     ☐ independent contractor.
      (ii) Registration No.: **2019206319**
      (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/13/2025**

| **Erika Garcia** | ▶ |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |