**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | **Case No. 8:24-cv-02421 FLA (JDE)**<br>*Honorable Fernando L. Aenlle-Rocha; Ctrm 6B*<br>*Magistrate John D. Early; Crtm 6A (Santa Ana)*<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SEAN STEELMON TO RESPOND TO PLAINTIFFS' FRIST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: May 7, 2025<br>Current Response Date: May 28, 2025<br>New Response Date: June 18, 2025 |

**TO THE HONORABLE COURT:**

The parties, Plaintiffs NELSON VASQUEZ, et al., and Defendant CITY OF LOS ANGELES, by and through their respective counsel of record, have conferred regarding the respective response to Plaintiffs' First Amended Complaint from Defendant SEAN STEELMON, and hereby stipulate pursuant to Local Rule 8-3 that Defendant SEAN STEELMON may have an additional 21 days to file a responsive pleading to Plaintiffs' First Amended Complaint for Damages.  Defendant has been dealing with the approval/authorization process regarding Defendant SEAN STEELMON's legal

representation, and therefore would not have been able to timely respond within the 21-day period.

Due to these issues, Plaintiffs' counsel has been gracious enough to agree to the requested Stipulation, and Plaintiffs have agreed to provide defense counsel with an additional 21 days needed to file the respective response on behalf of Defendant SEAN STEELMON.  Therefore, Defendant SEAN STEELMON's time to respond to Plaintiff's First Amended Complaint is extended from May 28, 2025 to June 18, 2025.

DATED: May 27, 2025          LAW OFFICES OF DALE K. GALIPO


                             By: ___*/s/ Benjamin S. Levine*_____
                                  Dale K. Galipo
                                  Benjamin S. Levine
                                  *Attorneys for Plaintiffs*


DATED: May 27, 2025          HYDEE FELDSTEIN SOTO, City Attorney
                             DENISE C. MILLS, Chief Deputy City Attorney
                             KATHLEEN KENEALY, Chief Assistant City Attorney
                             CORY M. BRENTE, Senior Assistant City Attorney


                             By: __/s/ *Christian R. Bojorquez*_____
                                  Christian R. Bojorquez, Deputy City Attorney
                                  *Attorneys for Defendant* CITY OF LOS ANGELES