**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | **Case No. 8:24-cv-02421 FLA (JDE)**<br>*Honorable Fernando L. Aenlle-Rocha; Ctrm 6B*<br>*Magistrate John D. Early; Crtm 6A (Santa Ana)*<br><br>**NOTICE OF LODGING STIPULATION AND PROPOSED PROTECTIVE ORDER** |

THE HONORABLE COURT, PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

  Defendant CITY OF LOS ANGELES hereby submits the attached Stipulation and Proposed Protective Order.

DATED: May 27, 2025   HYDEE FELDSTEIN SOTO, City Attorney
           DENISE C. MILLS, Chief Deputy City Attorney
           KATHLEEN KENEALY, Chief Assistant City Attorney
           CORY M. BRENTE, Senior Assistant City Attorney

           By:  /s/ *Christian R. Bojorquez*
             CHRISTIAN R. BOJORQUEZ, Deputy City Atty.
           *Attorneys for Defendant* CITY OF LOS ANGELES