JONES MAYER
James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise Lynch Rocawich, SBN 232792
dlr@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:   (714) 446-1448

Attorneys for SEAN STEELMON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; K.V., by and through her Guardian ad litem, Daylin Vasquez, individually and as successor- in-interest to Decedent Oscar Vasquez Lopez; A.V., by and through his Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>     Plaintiffs,<br><br>  vs.<br><br>CITY OF LOS ANGELES, SEAN STEELMON; and DOES 2 through 10, inclusive,<br><br>     Defendants.. | Case No:  8:24−cv−02421-FLA (JDE)<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Court Room:  6B<br><br>**DEFENDANT SEAN STEELMON'S ANSWSER TO FIRST AMENDED COMPLAINT FOR DAMAGES** |

## **ANSWER TO FIRST AMENDED COMPLAINT**

Answering Plaintiffs' First Amended Complaint for (1) Violation of 42 U.S.C. § 1983 [Excessive Force]; (2) Violation of 42 U.S.C. § 1983 [Unlawful Detention/Arrest]; (3) Violation of 42 U.S.C. § 1983 [Denial of Medical Care]; (4) Violation of 42 U.S.C. § 1983 [Deprivation of Familial Rights]; (5) Violation of 42 U.S.C. § 1983 [Monell Custom or Policy]; (6) Violation of 42 U.S.C. § 1983 [Monell Failure to Train]; (7) Violation of 42 U.S.C. § 1983 [Monell Ratification]; (8) Battery; (9) Negligence; (10) Negligent Infliction of Emotional Distress; and (11) Violation of Civil Code § 52.1, Defendant, Sean Steelmon, admits, denies and alleges as follows:

## **JURISDICTION AND VENUE**

1.    Answering paragraph 1 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon admits that this Court has jurisdiction to hear the claims under 42 U.S.C. § 1983 pursuant to the original jurisdiction afforded under 28 U.S.C. § 1331. Steelmon also admits that this Court currently has supplemental jurisdiction to hear the state law claims. Except as so admitted, Steelmon denies each and every allegation contained in paragraph 1.

2.    Answering paragraph 2 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon admits that venue is proper. Except as so admitted, Steelmon denies each and every allegation contained in paragraph 2.

## **INTRODUCTION**

3.    Answering paragraph 3 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required.

To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

4.      Answering paragraph 4 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

5.      Answering paragraph 5 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## **PARTIES**

6.      Answering paragraph 6 of the First Amended Complaint, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

7.      Answering paragraph 7 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

8.      Answering paragraph 8 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

9.     Answering paragraph 9 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon admits it is a municipal entity. Steelmon specifically denies that it is a charter city. Except as so admitted, Steelmon denies each and every allegation contained in paragraph 9.

10.     Answering paragraph 10 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

11.     Answering paragraph 11 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

12.     Answering paragraph 12 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

13.     Answering paragraph 13 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

14.     Answering paragraph 14 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon admits that the City of Los Angeles

is a municipal corporation existing under the laws of the State of California and a Charter City. Steelmon further admits that he was employed by the City of Los Angeles at all times relevant to this First Amended Complaint. Except as so expressly admitted, Steelmon denies each and every allegation contained in paragraph 14.

15.    Answering paragraph 15 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon admits that he was a police officer employed by the City of Los Angeles at all times relevant to this First Amended Complaint. Except as so expressly admitted, Steelmon denies each and every allegation contained in paragraph 15.

16.    Answering paragraph 16 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

17.    Answering paragraph 17 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

18.    Answering paragraph 18 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

19.    Answering paragraph 19 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required.

To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

20.    Answering paragraph 20 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

21.    Answering paragraph 21 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

22.    Answering paragraph 22 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

23.    Answering paragraph 23 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

24.    Paragraph 24 of the First Amended Complaint merely incorporates by reference the allegations of previous paragraphs.  In answering paragraph 24, Steelmon incorporates its respective admissions and denials to each such paragraph

1    enumerated above.

2    25.    Answering paragraph 25 of the First Amended Complaint, insofar as
3    the allegations of this paragraph contain legal conclusions, no answer is required.
4    To the extent an answer is required, Steelmon is without sufficient knowledge or
5    information to form a belief as to the truth of the allegations, and on that basis
6    denies each and every allegation contained therein.

7    26.    Answering paragraph 26 of the First Amended Complaint, insofar as
8    the allegations of this paragraph contain legal conclusions, no answer is required.
9    To the extent an answer is required, Steelmon is without sufficient knowledge or
10   information to form a belief as to the truth of the allegations, and on that basis
11   denies each and every allegation contained therein.

12   27.    Answering paragraph 27 of the First Amended Complaint, insofar as
13   the allegations of this paragraph contain legal conclusions, no answer is required.
14   To the extent an answer is required, Steelmon is without sufficient knowledge or
15   information to form a belief as to the truth of the allegations, and on that basis
16   denies each and every allegation contained therein.

17   28.    Answering paragraph 28 of the First Amended Complaint, insofar as
18   the allegations of this paragraph contain legal conclusions, no answer is required.
19   To the extent an answer is required, Steelmon is without sufficient knowledge or
20   information to form a belief as to the truth of the allegations, and on that basis
21   denies each and every allegation contained therein.

22   29.    Answering paragraph 29 of the First Amended Complaint, insofar as
23   the allegations of this paragraph contain legal conclusions, no answer is required.
24   To the extent an answer is required, Steelmon is without sufficient knowledge or
25   information to form a belief as to the truth of the allegations, and on that basis
26   denies each and every allegation contained therein.

27   30.    Answering paragraph 30 of the First Amended Complaint, insofar as
28   the allegations of this paragraph contain legal conclusions, no answer is required.

To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

31.     Answering paragraph 31 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

32.     Answering paragraph 32 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

33.     Answering paragraph 33 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

34.     Answering paragraph 34 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

35.     Answering paragraph 35 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

36.     Answering paragraph 36 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

37.     Answering paragraph 37 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

38.     Answering paragraph 38 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

39.     Answering paragraph 39 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

### Unreasonable Search and Seizure - Excessive Force (42 U.S.C. § 1983)

40.     Paragraph 40 of the First Amended Complaint merely incorporates by reference the allegations of previous paragraphs.  In answering paragraph 40, Steelmon incorporates its respective admissions and denials to each such paragraph enumerated above.

41.     Answering paragraph 41 of the First Amended Complaint, insofar as

the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon denies each and every allegation contained therein.

42.    Answering paragraph 42 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

43.    Answering paragraph 43 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon denies each and every allegation contained therein.

44.    Answering paragraph 44 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

45.    Answering paragraph 45 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon denies each and every allegation contained therein.

46.    Answering paragraph 46 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

47.    Answering paragraph 47 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required.

1  To the extent an answer is required, Steelmon is without sufficient knowledge or
2  information to form a belief as to the truth of the allegations, and on that basis
3  denies each and every allegation contained therein.

4      48.    Answering paragraph 48 of the First Amended Complaint, insofar as
5  the allegations of this paragraph contain legal conclusions, no answer is required.
6  To the extent an answer is required, Steelmon is without sufficient knowledge or
7  information to form a belief as to the truth of the allegations, and on that basis
8  denies each and every allegation contained therein.

9

10             **SECOND CLAIM FOR RELIEF**

11      **Violation of 42 U.S.C. § 1983 -- Unlawful Detention/Arrest**

12      49.    Paragraph 49 of the First Amended Complaint merely incorporates by
13  reference the allegations of previous paragraphs.  In answering paragraph 49,
14  Steelmon incorporates its respective admissions and denials to each such paragraph
15  enumerated above.

16      50.    Answering paragraph 50 of the First Amended Complaint, insofar as
17  the allegations of this paragraph contain legal conclusions, no answer is required.
18  To the extent an answer is required, Steelmon is without sufficient knowledge or
19  information to form a belief as to the truth of the allegations, and on that basis
20  denies each and every allegation contained therein.

21      51.    Answering paragraph 51 of the First Amended Complaint, insofar as
22  the allegations of this paragraph contain legal conclusions, no answer is required.
23  To the extent an answer is required, Steelmon is without sufficient knowledge or
24  information to form a belief as to the truth of the allegations, and on that basis
25  denies each and every allegation contained therein.

26      52.    Answering paragraph 52 of the First Amended Complaint, insofar as
27  the allegations of this paragraph contain legal conclusions, no answer is required.
28  To the extent an answer is required, Steelmon is without sufficient knowledge or

information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

53.    Answering paragraph 53 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

54.    Answering paragraph 54 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

55.    Answering paragraph 55 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

56.    Answering paragraph 56 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

57.    Answering paragraph 57 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

## **THIRD CLAIM FOR RELIEF**

### **Violation of 42 U.S.C. § 1983 -- Denial of Medical Care**

58.     Paragraph 58 of the First Amended Complaint merely incorporates by reference the allegations of previous paragraphs.  In answering paragraph 58, Steelmon incorporates its respective admissions and denials to each such paragraph enumerated above.

59.     Answering paragraph 59 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

60.     Answering paragraph 60 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

61.     Answering paragraph 61 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

62.     Answering paragraph 62 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

63.     Answering paragraph 63 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required.

1  To the extent an answer is required, Steelmon is without sufficient knowledge or
2  information to form a belief as to the truth of the allegations, and on that basis
3  denies each and every allegation contained therein.

4    64.    Answering paragraph 64 of the First Amended Complaint, insofar as
5  the allegations of this paragraph contain legal conclusions, no answer is required.
6  To the extent an answer is required, Steelmon is without sufficient knowledge or
7  information to form a belief as to the truth of the allegations, and on that basis
8  denies each and every allegation contained therein.

9

10                    **FOURTH CLAIM FOR RELIEF**

11    **Violation of 42 U.S.C. § 1983 - Deprivation of Familial Rights**

12    65.    Paragraph 65 of the First Amended Complaint merely incorporates by
13  reference the allegations of previous paragraphs.  In answering paragraph 49,
14  Steelmon incorporates its respective admissions and denials to each such paragraph
15  enumerated above.

16    66.    Answering paragraph 66 of the First Amended Complaint, insofar as
17  the allegations of this paragraph contain legal conclusions, no answer is required.
18  To the extent an answer is required, Steelmon is without sufficient knowledge or
19  information to form a belief as to the truth of the allegations, and on that basis
20  denies each and every allegation contained therein.

21    67.    Answering paragraph 67 of the First Amended Complaint, insofar as
22  the allegations of this paragraph contain legal conclusions, no answer is required.
23  To the extent an answer is required, Steelmon is without sufficient knowledge or
24  information to form a belief as to the truth of the allegations, and on that basis
25  denies each and every allegation contained therein.

26    68.    Answering paragraph 68 of the First Amended Complaint, insofar as
27  the allegations of this paragraph contain legal conclusions, no answer is required.
28  To the extent an answer is required, Steelmon is without sufficient knowledge or

information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

69.    Answering paragraph 69 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

70.    Answering paragraph 70 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

71.    Answering paragraph 71 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

72.    Answering paragraph 72 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

73.    Answering paragraph 73 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

74.     Answering paragraph 74 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

75.     Answering paragraph 75 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

### FIFTH CLAIM FOR RELIEF

### Violation of 42 U.S.C. § 1983 -- Monell Custom or Policy

76.     Paragraph 76 of the First Amended Complaint merely incorporates by reference the allegations of previous paragraphs.  In answering paragraph 76, Steelmon incorporates its respective admissions and denials to each such paragraph enumerated above.

77.     Answering paragraph 77 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

78.     Answering paragraph 78 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

79.    Answering paragraph 79 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

80.    Answering paragraph 80 of the First Amended Complaint and each of its subdivisions, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

79[1].    Answering paragraph 79 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

80.    Answering paragraph 80 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

81.    Answering paragraph 81 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

[1] The numbering of the First Amended Complaint is incorrect from this point forward. For ease of reference, Steelmon uses the incorrect numbering herein.

ANSWER TO FIRST AMENDED COMPLAINT

82.     Answering paragraph 82 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

83.     Answering paragraph 83 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

84.     Answering paragraph 84 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

85.     Answering paragraph 85 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

86.     Answering paragraph 86 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

87.     Answering paragraph 87 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or

1  information to form a belief as to the truth of the allegations, and on that basis

2  denies each and every allegation contained therein.

3      88.    Answering paragraph 88 of the First Amended Complaint, insofar as

4  the allegations of this paragraph contain legal conclusions, no answer is required.

5  To the extent an answer is required, Steelmon is without sufficient knowledge or

6  information to form a belief as to the truth of the allegations, and on that basis

7  denies each and every allegation contained therein.

8      89.    Answering paragraph 89 of the First Amended Complaint, insofar as

9  the allegations of this paragraph contain legal conclusions, no answer is required.

10  To the extent an answer is required, Steelmon is without sufficient knowledge or

11  information to form a belief as to the truth of the allegations, and on that basis

12  denies each and every allegation contained therein.

13      90.    Answering paragraph 90 of the First Amended Complaint, insofar as

14  the allegations of this paragraph contain legal conclusions, no answer is required.

15  To the extent an answer is required, Steelmon is without sufficient knowledge or

16  information to form a belief as to the truth of the allegations, and on that basis

17  denies each and every allegation contained therein.

18

19              **SIXTH CLAIM FOR RELIEF**

20    **Violation of 42 U.S.C. § 1983 -- Monell Failure to Train**

21      91.    Paragraph 91 of the First Amended Complaint merely incorporates by

22  reference the allegations of previous paragraphs.  In answering paragraph 91,

23  Steelmon incorporates its respective admissions and denials to each such paragraph

24  enumerated above.

25      92.    Answering paragraph 92 of the First Amended Complaint, insofar as

26  the allegations of this paragraph contain legal conclusions, no answer is required.

27  To the extent an answer is required, Steelmon is without sufficient knowledge or

28  information to form a belief as to the truth of the allegations, and on that basis

denies each and every allegation contained therein.

93.    Answering paragraph 93 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

94.    Answering paragraph 94 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

95.    Answering paragraph 95 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

96.    Answering paragraph 96 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

97.    Answering paragraph 97 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

98.    Answering paragraph 98 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required.

To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

99.    Answering paragraph 99 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

100.    Answering paragraph 100 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

101.    Answering paragraph 101 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

102.    Answering paragraph 102 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

103.    Answering paragraph 103 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

104.    Answering paragraph 104 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## SEVENTH CLAIM FOR RELIEF

### Violation of 42 U.S.C. § 1983 -- Monell Ratification

105.    Paragraph 105 of the First Amended Complaint merely incorporates by reference the allegations of previous paragraphs.  In answering paragraph 105, Steelmon incorporates its respective admissions and denials to each such paragraph enumerated above.

106.    Answering paragraph 106 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

107.    Answering paragraph 107 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

108.    Answering paragraph 108 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

109.    Answering paragraph 109 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

110.    Answering paragraph 110 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

111.    Answering paragraph 111 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

112.    Answering paragraph 112 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

113.    Answering paragraph 113 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

# EIGHTH CLAIM FOR RELIEF

## Battery

114.    Paragraph 114 of the First Amended Complaint merely incorporates by reference the allegations of previous paragraphs.  In answering paragraph 114, Steelmon incorporates its respective admissions and denials to each such paragraph enumerated above.

115.    Answering paragraph 115 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

116.    Answering paragraph 116 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

117.    Answering paragraph 117 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

118.    Answering paragraph 118 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

119.    Answering paragraph 119 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required.

To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## NINTH CLAIM FOR RELIEF

### Negligence

120.    Paragraph 120 of the First Amended Complaint merely incorporates by reference the allegations of previous paragraphs.  In answering paragraph 120, Steelmon incorporates its respective admissions and denials to each such paragraph enumerated above.

121.    Answering paragraph 121 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

122.    Answering paragraph 122 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

123.    Answering paragraph 123 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

124.    Answering paragraph 124 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or

ANSWER TO FIRST AMENDED COMPLAINT

information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## **TENTH CLAIM FOR RELIEF**

### **Negligent Infliction of Emotional Distress**

125.    Paragraph 125 of the First Amended Complaint merely incorporates by reference the allegations of previous paragraphs.  In answering paragraph 125, Steelmon incorporates its respective admissions and denials to each such paragraph enumerated above.

126.    Answering paragraph 126 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

127.    Answering paragraph 127 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

128.    Answering paragraph 128 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

129.    Answering paragraph 129 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis

1  denies each and every allegation contained therein.

2    130.    Answering paragraph 130 of the First Amended Complaint, insofar as

3  the allegations of this paragraph contain legal conclusions, no answer is required.

4  To the extent an answer is required, Steelmon is without sufficient knowledge or

5  information to form a belief as to the truth of the allegations, and on that basis

6  denies each and every allegation contained therein.

7    131.    Answering paragraph 131 of the First Amended Complaint and each

8  subdivision therein, insofar as the allegations of this paragraph contain legal

9  conclusions, no answer is required. To the extent an answer is required, Steelmon

10  is without sufficient knowledge or information to form a belief as to the truth of the

11  allegations, and on that basis denies each and every allegation contained therein.

12

13                        **ELEVENTH CLAIM FOR RELIEF**

14                        **Violation of Civil Code § 52.1**

15    132.    Paragraph 132 of the First Amended Complaint merely incorporates

16  by reference the allegations of previous paragraphs. In answering paragraph 132,

17  Steelmon incorporates its respective admissions and denials to each such paragraph

18  enumerated above.

19    133.    Answering paragraph 133 of the First Amended Complaint, insofar as

20  the allegations of this paragraph contain legal conclusions, no answer is required.

21  To the extent an answer is required, Steelmon is without sufficient knowledge or

22  information to form a belief as to the truth of the allegations, and on that basis

23  denies each and every allegation contained therein.

24    134.    Answering paragraph 134 of the First Amended Complaint, insofar as

25  the allegations of this paragraph contain legal conclusions, no answer is required.

26  To the extent an answer is required, Steelmon is without sufficient knowledge or

27  information to form a belief as to the truth of the allegations, and on that basis

28  denies each and every allegation contained therein.

135.    Answering paragraph 135 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

136.    Answering paragraph 136 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

137.    Answering paragraph 137 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

138.    Answering paragraph 138 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

139.    Answering paragraph 139 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

140.    Answering paragraph 140 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon

is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

141.    Answering paragraph 141 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

142.    Answering paragraph 142 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

143.    Answering paragraph 143 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

144.    Answering paragraph 144 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

145.    Answering paragraph 145 of the First Amended Complaint and each subdivision therein, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Steelmon is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

# AFFIRMATIVE DEFENSES

In addition to each of the admissions and denials set forth above, Steelmon asserts the following affirmative defenses.  The assertion of an affirmative defense shall not negate, by any means, Plaintiffs' burden of proof on any element of their claims.

# FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

Steelmon alleges that neither the First Amended Complaint, nor any claim for relief asserted therein, asserts facts sufficient to constitute a claim against Steelmon.

# SECOND AFFIRMATIVE DEFENSE

### (Assumption of Risk)

Steelmon alleges the Decedent voluntarily assumed all risks, responsibility and liability for the alleged injuries or damages, if any, sustained by Plaintiffs.

# THIRD AFFIRMATIVE DEFENSE

### (Claims Barred by Govt. Code § 820.2)

Steelmon alleges that each and every state law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provisions of Government Code section 820.2.  Specifically, except as otherwise provided by statute, a public employee is not liable for an injury resulting from his act or omission where the act or omission was the result of the exercise of the discretion vested in him, whether or not such discretion be abused.

## FOURTH AFFIRMATIVE DEFENSE

(Claims Barred by Govt. Code § 820.4)

Steelmon alleges that each and every state law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provisions of Government Code section 820.4.  Specifically, a public employee is not liable for his act or omission, exercising due care, in the execution or enforcement any law.


## FIFTH AFFIRMATIVE DEFENSE

(Claims Barred by Govt. Code § 820.8)

Steelmon alleges that each and every state law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provisions of Government Code section 820.8.  Specifically, except as otherwise provided by statute, a public employee is not liable for an injury caused by the act or omission of another person.


## SIXTH AFFIRMATIVE DEFENSE

(Claims Barred by Govt. Code § 845)

Steelmon alleges that each and every state law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provisions of Government Code section 845.  Specifically, neither a public entity nor a public employee is liable for failure to establish a police department or otherwise to provide police protection service or, if police protection service is provided, for failure to provide sufficient police protection service.


## SEVENTH AFFIRMATIVE DEFENSE

(Claims Barred by Govt. Code § 845.8)

Steelmon alleges that each and every state-law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provision of Government

Code section 845.8.  Specifically, neither a public entity, nor a public employee is liable for any injury caused by (1) an escaping or escaped prisoner; (2) an escaping or escaped arrested person; or (3) a person resisting arrest.

## EIGHTH AFFIRMATIVE DEFENSE

(Claims Barred by Govt. Code § 845.6)

Steelmon alleges that each and every state-law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provision of Government Code section 845.6.  Specifically, neither a public entity, nor a public employee is liable for any injury proximately caused by the failure of the employee to furnish or obtain medical care for a prisoner in his custody

## NINTH AFFIRMATIVE DEFENSE

(Claims Barred by Govt. Code § 855.6)

Steelmon alleges that each and every state-law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provision of Government Code section 855.6.  Specifically, neither a public entity, nor a public employee is liable for any injury proximately caused by the failure to make a physical or mental examination, or to make an adequate physical or mental examination, of any person for the purpose of determining whether such person has a disease or physical or mental condition that would constitute a hazard to the health or safety of himself or others.

## TENTH AFFIRMATIVE DEFENSE

(Claims Barred by Govt. Code § 856.4)

Steelmon alleges that each and every state-law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provision of Government Code section 856.4.  Specifically, neither a public entity, nor a public employee is

liable for any injury resulting from the failure to admit a person to a public medical facility.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Steelmon alleges that though under a duty to do so, Plaintiffs and/or the Decedent have failed and neglected to mitigate the alleged damages, and therefore cannot recover against Steelmon whether as alleged, or otherwise.  Steelmon alleges that Plaintiffs and/or the Decedent failed to exercise a duty to mitigate and limit the damage claim as to Steelmon, which acts and omissions by Plaintiffs and/or the Decedent have estopped Plaintiffs and/or the Decedent from asserting any claim for damages or seeking the relief requested against Steelmon.

## TWELFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Steelmon alleges that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred by the equitable doctrine of estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Steelmon alleges that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred by the equitable doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Lawful Conduct)

Steelmon alleges that its conduct and the conduct of Steelmon and DOE Officers was, at all times, reasonable and lawful under the circumstances.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Privilege)

Steelmon alleges that its conduct and the conduct of Steelmon and DOE Officers was, at all times, justified and privileged.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Acts or Omissions of Plaintiff)

Steelmon alleges that, to the extent Plaintiffs suffered any damages, which Steelmon denies, they were caused solely by the actions or omissions of the Decedent.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Legal and/or Proximate Cause)

Steelmon alleges that his acts were not the legal and/or proximate cause of any of the damages alleged by Plaintiffs.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

Steelmon alleges that each and every claim for relief stated in Plaintiffs' First Amended Complaint is barred and/or subject to offset and reduction by virtue of the comparative negligence of the Decedent and/or others persons.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Steelmon alleges that, if Plaintiffs suffered or sustained any loss or damage as alleged in the First Amended Complaint, such loss or damage was proximately caused and contributed to by persons or entities other than Steelmon. The liability of all defendants, named or unnamed, should be apportioned according to the

relative degrees of fault, and the liability of Steelmon should be reduced accordingly.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Offset)

Steelmon alleges that any amount for which it is held liable and owing to Plaintiffs is offset by any and all amounts recovered by Plaintiffs from any other responsible parties, such that Steelmon's liability will be reduced in an amount corresponding to those amounts recovered by Plaintiffs from such other responsible parties.

## TWENTY FIRST AFFIRMATIVE DEFENSE

### (Waiver)

Steelmon alleges that Plaintiffs and/or the Decedent have engaged in conduct and activities sufficient to constitute a waiver of any alleged duty, act or omission of any nature by Steelmon, which waiver serves to preclude any recovery here sought by Plaintiffs.

## TWENTY SECOND AFFIRMATIVE DEFENSE

### (No Special Relationship)

Steelmon allege that there was no special relationship between Steelmon and the Decedent. See C.A. v. William S. Hart Union High School Dist., 53 Cal. 4th 861, 877 (Cal. 2012); see also de Villers v. County of San Diego, 156 Cal. App. 4th 238, 249-50 (2007).

## TWENTY THIRD AFFIRMATIVE DEFENSE

### (Claims Barred Due to Exercise of Reasonable Force)

Steelmon alleges that each and every claim for relief contained in Plaintiffs'

First Amended Complaint is barred because, the force used was reasonable under the circumstances.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

(Probable Cause of Threat)

Steelmon alleges that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred because Steelmon had probable cause to believe that the Decedent posed a threat of serious physical harm to Steelmon or others.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

(Avoidable Consequences)

Steelmon alleges that the damages asserted by Plaintiffs in the First Amended Complaint are barred, either in whole or in part, by the doctrine of avoidable consequences. <u>State Department of Health Services v. Superior Court</u>, 31 Cal.4th 1026, 6 Cal. Rptr. 3d 441 (2003).

## TWENTY SIXTH AFFIRMATIVE DEFENSE

(Claims Barred Due to Reasonable and Probable Cause to Detain)

Steelmon alleges that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred because, at all times mentioned in Plaintiffs' First Amended Complaint herein, Steelmon had reasonable and probable cause to detain and restrain the Decedent

.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

(Speculative Damages)

Steelmon alleges that Plaintiffs' claims for damages are barred, either in whole or in part, because Plaintiffs' purported damages are remote, speculative

and/or unavailable as a matter of law.

## **TWENTY EIGHTH AFFIRMATIVE DEFENSE**

(Qualified Immunity)

Steelmon alleges that each and every federal claim for relief contained in the First Amended Complaint is barred because Steelmon alleges that Steelmon and DOE Officers are entitled to qualified immunity.

## **TWENTY NINTH AFFIRMATIVE DEFENSE**

(No Deliberate Indifference)

Steelmon alleges that each and every federal claim for relief contained in the First Amended Complaint is barred because any and all acts taken by Steelmon or DOE Defendants occurred in the proper exercise of police powers without deliberate indifference to any of Decedent's or Plaintiffs' rights.

## **THIRTIETH AFFIRMATIVE DEFENSE**

(Reservation of Additional Affirmative Defenses)

Steelmon alleges that it is without sufficient information as to the nature and scope of Plaintiffs' claims for relief to be able to be fully assess and set forth all potentially-applicable affirmative defenses in this matter.  Accordingly, Steelmon hereby reserves the right to allege additional affirmative defenses as further information becomes known.

## **PRAYER FOR RELIEF**

WHEREFORE, Steelmon prays as follows:

1.     That Plaintiffs take nothing by reason of their First Amended Complaint, and that judgment be entered in favor of Steelmon;

2.     That Steelmon be awarded costs of suit and attorney's fees incurred in

defense of this action pursuant to 42 U.S.C. § 1988 and other legal grounds; and

   3.      For such other and further relief as the Court deems just and proper.


Dated:    June 12, 2025                    Respectfully submitted,

                                           JONES MAYER



                                      By: *s/Denise Lynch Rocawich*
                                           JAMES R. TOUCHSTONE
                                           DENISE LYNCH ROCAWICH
                                           Attorneys for Sean Steelmon