JONES MAYER
James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise Lynch Rocawich, SBN 232792
dlr@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:   (714) 446-1448

Attorneys for SEAN STEELMON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; K.V., by and through her Guardian ad litem, Daylin Vasquez, individually and as successor- in-interest to Decedent Oscar Vasquez Lopez; A.V., by and through his Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>         Plaintiffs,<br>   vs.<br><br>CITY OF LOS ANGELES, SEAN STEELMON; and DOES 2 through 10, inclusive,<br><br>         Defendants.. | Case No:  8:24−cv−02421-FLA (JDE)<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Court Room:  6B<br><br>**DEFENDANT SEAN STEELMON'S CERTIFICATION OF INTERESTED PARTIES** |

## CERTIFICATION OF INTERESTED PARTIES

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

The undersigned, counsel of record for Defendant, Sean Steelmon, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case:

1. City of Los Angeles, Defendant;
2. Sean Steelmon, Defendant;
3. Nelson Vasquez, Plaintiff;
4. Daylin Vasquez, Plaintiff;
5. Lussy Vasquez, Plaintiff;
6. Oscar Vasquez, Plaintiff;
7. K.V. [a minor], Plaintiff;
8. A.V. [a minor], Plaintiff; and
9. Jose Vasquez Lopez, Plaintiff.

There are no other entities, partnerships, or parent corporations that have a direct interest in this case. Pursuant to Local Rule 7-1.1 of the United States District Court for the Central District of California, these representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:   June 12, 2025

Respectfully submitted,

JONES MAYER

By: /s/ Denise Lynch Rocawich
JAMES R. TOUCHSTONE
DENISE LYNCH ROCAWICH
Attorneys for Sean Steelmon