**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, <br><br> Defendants. | Case No. 8:24-cv-02421-FLA-JDE <br><br> Hon. Fernando L. Aenlle-Rocha <br> Hon. Mag. Judge John D. Early <br><br> **JOINT STIPULATION TO CONTINUE DEADLINE FOR REBUTTAL EXPERT DISCLOSURES ONLY** <br><br> [*Proposed Order* filed concurrently herewith] |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs NELSON VASQUEZ, DAYLIN VASQUEZ, LUSSY VASQUEZ, OSCAR VASQUEZ, K.V., A.V., and JOSE VASQUEZ LOPEZ, and Defendants CITY OF LOS ANGELES and SEAN STEELMON ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint in this action on November 6, 2024 [Dkt. 1], and a First Amended Complaint, which is the operative Complaint, on April 14, 2025. [Dkt. 34.]

2. On March 6, 2025, this Court issued a Scheduling and Trial Order. [Dkt. 31.] That Order imposed deadlines for discovery, pretrial filings, and trial, including a Fact Discovery Cut-Off of January 16, 2026; Expert Disclosure (Initial) on February 6, 2026; Expert Disclosure (Rebuttal) on February 20, 2026; and an Expert Discovery Cut-Off of March 6, 2026. [*Id.* at 4.]

3. Based on these deadlines, fact discovery has now closed, and the parties are preparing to make initial expert disclosures by the current February 6 deadline. However, counsel for the parties are concerned that, in the event that any rebuttal expert disclosures are determined to be necessary in this case, the two-week window between the current initial and rebuttal expert disclosure deadlines may not allow the parties enough time to retain any needed rebuttal expert(s), have such expert(s) review the initial expert disclosures and other case materials, and prepare their rebuttal report(s) in time for the current February 20 rebuttal expert disclosure deadline.[1]

4. Accordingly, the parties stipulate and respectfully request that the Court enter an order continuing the Expert Disclosure (Rebuttal) deadline by one

---

[1] Counsel recognize that it was they who requested the current deadlines governing expert discovery, in their Joint Rule 26(f) Report submitted in this case [Dkt. 26], and apologize to the Court for this oversight.

week only, from February 20, 2026, to February 27, 2026. The parties are not requesting any change to any other dates imposed by the Court's Scheduling and Trial Order.

**IT IS SO STIPULATED**.

DATED: January 23, 2026    **LAW OFFICES OF DALE K. GALIPO**

By:   /S/ Benjamin S. Levine
Dale K. Galipo
Benjamin S. Levine
*Attorneys for Plaintiffs*

DATED: January 23, 2026    HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Assist. City Attorney

By: _____
Christian R. Bojorquez, DCA
*Attorneys for Defendant* City of Los Angeles

DATED: January 23, 2026    **JONES MAYER**

By:   /S/ James R. Touchstone
James R. Touchstone
Denise Lynch Rocawich
*Attorneys for Defendant* Sean Steelmon

3
JOINT STIPULATION TO CONTINUE DEADLINE FOR REBUTTAL EXPERT DISCLOSURES