UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 8:24-cv-02421-FLA-JDE <br><br> **[PROPOSED] ORDER CONTINUING DEADLINE FOR REBUTTAL EXPERT DISCLOSURES ONLY** |

# **[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation is **GRANTED**.

The deadline for Expert Disclosure (Rebuttal) in this case is hereby CONTINUED from February 20, 2026, until February 27, 2026.

No other currently scheduled dates and deadlines in this action are affected by this Order.

IT IS SO ORDERED.

Dated:

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge