**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, | Case No. 8:24-cv-02421-FLA-JDE<br><br>*Hon. Fernando L. Aenlle-Rocha*<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS WITH PREJUDICE**<br><br>[*Proposed Order* filed concurrently herewith] |
| Plaintiffs, | |
| v. | |
| CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, | |
| Defendants. | |

STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs NELSON VASQUEZ, DAYLIN VASQUEZ, LUSSY VASQUEZ, OSCAR VASQUEZ, K.V., A.V., and JOSE VASQUEZ LOPEZ, Defendant CITY OF LOS ANGELES, and Defendant SEAN STEELMON (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint in this action on November 6, 2024 [Dkt. 1], and a First Amended Complaint, which is the operative Complaint, on April 14, 2025. [Dkt. 34.]

2. Plaintiffs have agreed to voluntarily dismiss the following claims in their entirety, with prejudice:

   a. Fourth Amendment, Denial of Medical Care (42 U.S.C. § 1983) (Claim 3)

   b. Municipal Liability, Unconstitutional Custom or Policy (42 U.S.C. § 1983) (Claim 5)

   c. Municipal Liability, Failure to Train (42 U.S.C. § 1983) (Claim 6)

   d. Municipal Liability, Ratification (42 U.S.C. § 1983) (Claim 7)

///
///
///
///
///
///
///
///
///
///
///

STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS

3.    Accordingly, the Parties stipulate and respectfully request that the Court enter an order dismissing Plaintiffs' Denial of Medical Care and Municipal Liability claims only (Claims 3, 5, 6, and 7), with the Parties bearing their own costs and fees incurred in connection with these claims.

**IT IS SO STIPULATED**.

DATED: February 25, 2026          **LAW OFFICES OF DALE K. GALIPO**

By: _____
          Dale K. Galipo
          Benjamin S. Levine*
          *Attorneys for Plaintiffs*

DATED: February 25, 2026          HYDEE FELDSTEIN SOTO, City Attorney
                                  DENISE MILLS, Chief Deputy City Attorney
                                  KATHLEEN KENEALY, Assist. City Attorney

By: _____
          Christian R. Bojorquez, DCA
          *Attorneys for Defendant City of Los Angeles*

DATED: February 25, 2026          **JONES MAYER**

By: _____
          James R. Touchstone
          Denise Lynch Rocawich
          *Attorneys for Defendant Sean Steelmon*

_____
*Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS