UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 8:24-cv-02421-FLA-JDE<br><br>**[PROPOSED] ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE** |

# [PROPOSED] ORDER

The Court has read and considered the Parties' Stipulation to Voluntarily Dismiss Certain Claims with Prejudice. Pursuant to that Stipulation, IT IS HEREBY ORDERED that the following claims asserted in Plaintiffs' operative complaint be, and hereby are, DISMISSED with prejudice:

    a.    Fourth Amendment, Denial of Medical Care (42 U.S.C. § 1983) (Claim 3);

    b.    Municipal Liability, Unconstitutional Custom or Policy (42 U.S.C. § 1983) (Claim 5);

    c.    Municipal Liability, Failure to Train (42 U.S.C. § 1983) (Claim 6); and

    d.    Municipal Liability, Ratification (42 U.S.C. § 1983) (Claim 7).

The Parties shall bear their own costs and fees incurred in connection with these claims. No claims other than those listed above are dismissed by way of this Order.

IT IS SO ORDERED.

Dated:

                                                _____
FERNANDO L. AENLLE-ROCHA
United States District Judge