| | |
|---|---|
| 1 | James R. Touchstone, SBN 184584 |
|   | jrt@jones-mayer.com |
| 2 | Denise Lynch Rocawich, SBN 232792 |
|   | dlr@jones-mayer.com |
| 3 | JONES MAYER |
|   | 3777 North Harbor Boulevard |
| 4 | Fullerton, CA 92835 |
|   | Telephone: (714) 446-1400 |
| 5 | Facsimile: (714) 446-1448 |
| 6 | Attorneys for Defendant, |
|   | SEAN STEELMON |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; K.V., by and through her Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; A.V., by and through his Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES, SEAN STEELMON; and DOES 2 through 10, inclusive,<br><br>            Defendants. | Case No: 8:24−cv−02421-FLA (JDE)<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Court Room: 6B<br><br>**[PROPOSED] JUDGMENT RE MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>Date:   April 3, 2026<br>Time:   1:30 p.m.<br>Crtm:   6B |

- i -

[PROPOSED] JUDGMENT

| | |
|---|---|
| 1 | **[Proposed] JUDGMENT** |
| 2 | The Court having granted Defendant, OFFICER SEAN STEELMON'S |
| 3 | Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, |
| 4 | AND DECREED that Judgment in the above-captioned matter be, and hereby is, |
| 5 | entered in favor of Defendant, SEAN STEELMON. Plaintiffs shall take nothing |
| 6 | on their Complaint. |
| 7 | |
| 8 | |
| 9 | DATED: |
| 10 | |
| 11 | _____ |
| 12 | HON. FERNANDO L. AENLLE-ROCHA |
| | UNITED STATES DISTRICT JUDGE |