James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise Lynch Rocawich, SBN 232792
dlr@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for SEAN STEELMON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; K.V., by and through her Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; A.V., by and through his Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF LOS ANGELES, SEAN STEELMON; and DOES 2 through 10, inclusive,<br><br>　　　　　Defendants. | Case No: 8:24−cv−02421-FLA (JDE)<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Court Room: 6B<br><br>**DEFENDANT SEAN STEELMON'S [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT STEELMON'S MOTION TO FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>Date:　April 3, 2026<br>Time:　1:30 p.m.<br>Crtm:　6B |

**TO THIS HONORABLE COURT AND TO ALL COUNSEL OF RECORD:**

Defendant, OFFICER SEAN STEELMON, respectfully submits the following [Proposed] Statement of Uncontroverted Facts and Conclusions of Law, together with references to supporting evidence, pursuant to Federal Rule of Civil Procedure 56 and United States District Court, Central District Local Rules 56-1 through 56-4, in support of Officer Steelmon's Motion for Summary Judgment and/or Partial Summary Judgment of Issues.

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
| --- | --- |
| 1. On October 7, 2023, at approximately 12:51 a.m., a 911 call was made to LAPD's Communications Division. | Ex. B; Declaration of Steelmon ("Decl. Steelmon") at ¶¶ 2-3; |
| 2. The caller stated there was a man armed with a gun inside of a pickup truck parked at CVS at Sherman Way and Variel Avenue in the City of Los Angeles. | Ex. B; Decl. Steelmon at ¶¶ 2-3 |
| 3. The 911 caller was no longer at the scene when Officers arrived though his phone number was included in the Computer Aided Dispatch Report and he was later identified and interviewed. | Decl. Steelmon at ¶ 3 |
| 4. At approximately 12:57 a.m., a radio call was broadcast, "Any Topanga Unit, 415 man with a gun, Sherman Way and Variel. Suspect is a male seated inside a dark pickup truck parked in front of CVS holding a handgun, Code-Two, Incident 207, RD 2136." | Decl. Steelmon at ¶ 2 |
| 5. Defendant, Officer Steelmon and his partner Officer Tamate were at a traffic collision investigation in close proximity to Sherman Way and Variel Avenue when they heard the broadcast. | Decl. Steelmon at ¶ 4 |

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 6. Officers Steelmon and Tamate completed their call and responded to the man with a gun radio call. Id. Sgt. John Talbot broadcast he would also respond to the call. | Decl. Steelmon at ¶ 4 |
| 7. On the way to the call, Officers Steelmon and Tamate discussed the comments of the call and discussed tactics to be used in response. | Decl. Steelmon at ¶ 5 |
| 8. Prior to October 7, 2023, Officers Steelmon and Tamate had worked together, on and off, for 13 years and had handled various incidents together. On October 7, 2023, Officers Steelmon and Tamate had a high degree of operational familiarity and understood each other's tendencies, communication styles and tactical positioning without the need for explicit direction. | Decl. Steelmon at ¶ 5 |
| 9. Also en route to the call, Officer Steelmon took his shotgun out of the mounted rack. | Decl. Steelmon at ¶ 6 |
| 10. Officer Steelmon chose the shotgun because the radio call involved a man with a gun inside a vehicle, because he is a Slug Cadre member, a tactical shot -- Slug Shotgun Cadre member and Rifle Cadre member, because he was very comfortable with the weapon system and because he was more confident in returning fire should a suspect engage officers from inside the vehicle. | Decl. Steelmon at ¶ 6 |
| 11. Sgt. Talbot arrived on scene first at approximately 1:00 a.m.. | Ex. "G" (Talbot BWC) at 1:00:42[1] |

---

[1] All citations to the Officers' BWCs (Exs. "D", "E", "F", "G", and "H") are to the Hour**:**Minute**:**Second in the upper right hand corner of each recording.

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 12. As Officers Steelmon and Tamate turned northbound on Variel approaching the scene, they observed a gray GM pickup truck with an extended cab matching the description of the suspect vehicle parked in front of CVS and facing southbound. | Decl. Steelmon at ¶ 9 |
| 13. This vehicle was later determined to have Decedent Oscar Vasquez Lopez and Plaintiff Jose Vasquez Lopez as occupants. | Decl. Steelmon at ¶ 9 |
| 14. There were no other vehicles matching the suspect vehicle description in front of the CVS. | Decl. Steelmon at ¶ 9; Ex. "G" (Talbot BWC) at 1:02:22-1:02:35 |
| 15. As they approached in their vehicle, Officer Steelmon attempted to see into the front window to determine whether the truck had any occupants, but was unable to determine that. | Decl. Steelmon at ¶ 10 |
| 16. Officer Steelmon informed Officer Tamate that he could not determine whether the truck had occupants so they discussed and formulated a plan of approach. | Decl. Steelmon at ¶ 10 |
| 17. Officers Steelmon and Tamate decided to approach from the rear of the pickup truck and to initiate a high risk stop. | Decl. Steelmon at ¶ 10 |
| 18. Officers Steelmon and Tamate arrived approximately a minute after Sgt. Talbot. | Ex. "F" (Steelmon BWC) at 1:01:10-1:01:28 |
| 19. Two additional Officers, Phan and Mirzoyan, arrived roughly a minute after Officers Steelmon and Tamate. | Ex. "F" (Steelmon BWC) at 1:02:01 |
| 20. Officer Tamate positioned their police vehicle approximately 20 feet behind the pickup truck. | Ex. "F" (Steelmon BWC) at 1:01:43; Decl. Steelmon at ¶ 11 |
| 21. The back window of the suspect vehicle had dark tint as did the rear extended cab windows preventing the Officers from seeing inside those windows. | Ex. "F" (Steelmon BWC) at 1:01:43-1:02:45; Decl. Steelmon at ¶ 11 |


| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 22. Due to the call remarks stating the man was seen with a firearm, Officer Steelmon exited the vehicle with the shotgun, Officer Tamate unholstered his sidearm and Officers Phan and Mirzoyan both unholstered their sidearms. | Decl. Steelmon at ¶ 11; Ex. "F" (Steelmon BWC) at 1:01:43-1:02:05; Ex. "G" (Talbot BWC) at 1:02:35-1:02:42 |
| 23. Prior to approaching Vasquez's vehicle, the Officers decided that they would "push up and clear" the vehicle on the passenger side and that Officer Steelmon would be "point" as he was armed with the shotgun. | Ex. "E" (Mirzoyan BWC) at 1:02:26-1:02:36 |
| 24. Officer Steelmon was the first officer to move toward the suspects' pickup truck holding his shotgun at a low ready with his finger on the safety. Officer Mirzoyan followed behind Officer Steelmon with his pistol at a low ready. | Ex. "E" (Mirzoyan BWC) at 1:02:26-1:02:36; Ex. "G" (Talbot BWC) at 1:02:31-1:02:42 |
| 25. Officer Steelmon yelled at the passenger, Plaintiff Jose Vasquez Lopez, to exit the vehicle; however, there was no reaction or movement. | Ex. "E" (Mirzoyan BWC) at 1:02:47-1:02:59 |
| 26. Officer Tamate gave commands to Plaintiff Jose Vasquez Lopez in Spanish to exit the vehicle and identified the Officers as police. Officer Tamate also hit the side of the truck with his hand, making a loud pounding sound. | Ex. "E" (Mirzoyan BWC) at 1:02:47-1:02:59 |
| 27. Officer Steelmon moved forward positioning himself parallel to the passenger side door of the truck. Officer Steelmon used the light on his shotgun to illuminate the interior. | Ex. "E" (Mirzoyan BWC) at 1:02:57-1:03:08 |
| 28. Officer Mirzoyan remained second and positioned himself to Officer Steelmon's left, keeping his pistol at a low-ready. | Ex. "E" (Mirzoyan BWC) at 1:02:57-1:03:08 |
| 29. Officer Tamate opened the truck's passenger side door and backed away. | Ex. "E" (Mirzoyan BWC) at 1:02:57-1:03:08 |

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 30. Officer Steelmon saw two occupants in the vehicle and both appeared to be passed out. | Decl. Steelmon at ¶ 11 |
| 31. Additional commands were given, in Spanish, to exit the vehicle and again Officer Tamate identified the Officers as police. | Ex. "E" (Mirzoyan BWC) at 1:03:18-1:03:25 |
| 32. Officer Tamate grabbed Plaintiff Jose Vasquez Lopez's right wrist, shook it and gave additional commands in Spanish. Plaintiff Jose Vasquez Lopez opened his eyes but didn't respond to Officer Tamate. | Ex. "F" (Steelmon BWC) at 1:03:07-1:03:42 |
| 33. After attempting and failing to remove Plaintiff Jose Vasquez Lopez, Officer Tamate repositioned himself to the driver's side of the vehicle. | Ex. "E" (Mirzoyan BWC) at 1:03:22-1:03:44 |
| 34. As Officer Tamate was reaching for the driver door handle, Officer Steelmon spotted the gun and yelled, "Gun, gun, gun!" "Don't move!" "Put your hands up now!". | Ex. "F" (Steelmon BWC) at 1:03:22-1:03:51 |
| 35. Decedent did not put his hands up. | Ex. "F" (Steelmon BWC) at 1:03:22-1:03:51 |
| 36. Steelmon then ordered "Hands in the air!" | Ex. "F" (Steelmon BWC) at 1:03:22-1:03:51 |
| 37. Officer Steelmon gave directions to the team of Officers telling them "Grab him, grab passenger out, rip him out. Driver's got a gun in his waistband." | Ex. "F" (Steelmon BWC) at 1:03:53-1:03:56 |
| 38. Officer Tamate pulled Plaintiff Jose Vasquez Lopez out of the truck and away from the truck and handcuffed him. | Ex. "D" (Phan BWC) at 1:03:59-1:04:32 |
| 39. Plaintiff Jose Vasquez Lopez was completely limp as he was pulled out of the truck, pulled further from the truck and handcuffed and his eyes were closed throughout. | Ex. "D" (Phan BWC) at 1:03:59-1:04:32 |

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 40. Officer Steelmon gave additional commands to Decedent yelling "Don't move, don't reach for the gun. Do not reach for the gun!! I'm going to shoot you if you reach for that gun. Don't do it!" | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 41. Decedent is seen moving his hands around and not listening to Officer Steelmon's commands. | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 42. Officer Steelmon again yelled at Decedent "Don't do it!" | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 43. Officer Steelmon then advised the team, "He has a gun in his waistband, he's not listening to commands." | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 44. Decedent continued moving his hands around in front of him. | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 45. Officer Steelmon commanded again "Hands in the air!" "Put your hands on top of your head now!" | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 46. Decedent did not comply. | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 47. Decedent then nodded his head once and reached his right hand towards his waistband. | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 48. Immediately after Decedent began reaching toward his waistband, Officer Steelmon fired a single shot at Decedent. | Ex. "F" (Steelmon BWC) at 1:04:00-1:04:30 |
| 49. At the time he fired, Officer Steelmon was in fear for his life, and the lives of his fellow Officers, believing that Decedent was retrieving the handgun in order to fire it at Officer Steelmon. | Decl. Steelmon at ¶ 12 |
| 50. Officer Steelmon made the split-second decision to shoot when Decedent reached for his firearm. | Decl. Steelmon at ¶ 12 |
| 51. Decedent indeed had a firearm in his waistband which was recovered by Officer Tamate on scene. | Decl. Steelmon at ¶ 13; Ex. "G" (Talbot BWC) at 1:04:57-1:05:13; Ex. "H" |

| | | |
|---|---|---|
| 1<br>2<br>3 | 52. Officer Steelmon communicated, "Gun is exposed in his waistband." Officer Tamate acknowledged Steelmon and stated, "Yeah, I got it." | Decl. Steelmon at ¶ 13; Ex. "G" (Talbot BWC) at 1:04:57-1:05:13 |
| 4<br>5 | 53. Officer Tamate recovered the loaded pistol from Oscar's waistband and placed it on top of the truck bed cover. | Decl. Steelmon at ¶ 13; Ex. "G" (Talbot BWC) at 1:04:57-1:05:13; Ex. "H" |
| 6<br>7<br>8 | 54. Officer Tamate went back to Oscar's waistband and recovered an additional magazine and also placed it on the truck bed cover. | Decl. Steelmon at ¶ 13; Ex. "G" (Talbot BWC) at 1:04:57-1:05:13 |
| 9<br>10<br>11<br>12 | 55. Plaintiff Jose Vasquez Lopez made no movement in between the time he was handcuffed until the shot was fired and instead remained on his stomach with his eyes closed. | Ex. "D" (Phan BWC) at 1:03:59-1:04:32 |
| 13<br>14<br>15 | 56. Plaintiff Jose Vasquez Lopez did not have any physical reaction to the gun shot, did not move or flinch, did not open his eyes and remained in the same position as he had been since he had been handcuffed. | Ex. "D" (Phan BWC) at 1:03:59-1:04:32 |

Dated: February 26, 2026                    JONES MAYER


                                            By: /s/Denise Lynch Rocawich
                                            JAMES R. TOUCHSTONE
                                            DENISE LYNCH ROCAWICH
                                            Attorneys for Officer Sean Steelmon