|   |   |   |
|---|---|---|
| 1 | James R. Touchstone, SBN 184584 | |
| 2 | jrt@jones-mayer.com<br>Denise Lynch Rocawich, SBN 232792 | |
| 3 | dlr@jones-mayer.com<br>JONES MAYER | |
| 4 | 3777 North Harbor Boulevard<br>Fullerton, CA 92835 | |
| 5 | Telephone: (714) 446-1400<br>Facsimile: (714) 446-1448 | |
| 6 | Attorneys for Defendant, | |
| 7 | SEAN STEELMON | |

8  
UNITED STATES DISTRICT COURT

9  
CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; K.V., by and through her Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; A.V., by and through his Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, | Case No: 8:24−cv−02421-FLA (JDE)<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Court Room: 6B<br><br>**NOTICE OF LODGING DRIVE CONTAINING EXHIBITS "B", "D", "E", "F", "G" AND "H" IN THE EVIDENTIARY APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>Date:   April 3, 2026<br>Time:   1:30<br>Crtm:   6B |
| 21 | Plaintiffs, | |
| 22 | vs. | |
| 23 | CITY OF LOS ANGELES, SEAN STEELMON; and DOES 2 through 10, inclusive, | |
| 25 | Defendants. | |

- 1 -

NOTICE OF LODGING

**TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants, Officer Sean Steelmon hereby lodges one jump drive containing Exhibits "B", "D", "E", "F", "G" AND "H" in the Evidentiary Appendix in support of Officer Steelmon's Motion for Summary Judgment and/or Partial Summary Judgment of Issues.

Dated:   February 26, 2026

Respectfully submitted,

JONES MAYER

By: */s/Denise Lynch Rocawich*
    JAMES R. TOUCHSTONE
    DENISE LYNCH ROCAWICH
    Attorneys for Defendant Sean Steelmon