UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>            Defendants. | Case No. 8:24-cv-02421-FLA (JDEx)<br><br>**ORDER APPROVING STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS WITH PREJUDICE [DKT. 50]** |

1     On February 25, 2026, the parties filed the Stipulation to Voluntarily Dismiss Certain Claims with Prejudice ("Stipulation").  Dkt. 50.

    Having reviewed and considered the Stipulation and finding good cause therefor, the court hereby DISMISSES with prejudice the following claims from Plaintiffs' operative First Amended Complaint:

    a.  the third claim for denial of medical care in violation of the Fourth Amendment;

    b.  the fifth claim for municipal liability for an unconstitutional custom or practice, in violation of 42 U.S.C. § 1983;

    c.  the sixth claim for municipal liability for failure to train, in violation of 42 U.S.C. § 1983; and

    d.  the seventh claim for municipal liability for ratification, in violation of 42 U.S.C. § 1983;

    The parties shall bear their own costs and fees incurred in connection with these claims.  No other claims beyond those listed above are dismissed by way of this Order.

    IT IS SO ORDERED.

Dated: March 2, 2026

                                                FERNANDO L. AENLLE-ROCHA
                                                United States District Judge