**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, | Case No. 8:24-cv-02421-FLA-JDE <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> **PLAINTIFFS' OBJECTION TO DEFENDANT SEAN STEELMON'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES** |

|   |   |
|---|---|
| 1 | Defendants. |
| 2 | |

Plaintiffs object that Defendant Sean Steelmon's brief in support of his Motion for Summary Judgment and/or Partial Summary Judgment of Issues is overlength without leave of Court.

Local Rule 11-6.1 and this Court's Standing Order limit briefs to 7,000 words. [Dkt. 9 at 6.] While Steelmon's memorandum does not include a Certificate of Compliance, which itself violates Local Rule 11-6.2 and this Court's Standing Order, the portions subject to Rule 11-6.1's word limit appear to contain 7,972 words. [*See* Dkt. 51.] The difference is equivalent to approximately three pages of briefing. This prejudices Plaintiffs, whose concurrently filed opposition brief complies with the Court's rules, disadvantaging them in their ability to fully brief the many issues bearing on Steelmon's motion.

Plaintiffs respectfully request that the Court disregard the portion of Steelmon's brief that exceeds the word limit (beginning on page 27, and including most of the section on Negligent Infliction of Emotional Distress and the section on Civil Code 52.1), or provide another equitable remedy to cure the prejudice.

Respectfully submitted,

DATED: March 13, 2026     LAW OFFICES OF DALE K. GALIPO

By  */s/ Benjamin S. Levine*
      Dale K. Galipo
      Benjamin S. Levine
      Attorneys for Plaintiffs