**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, | Case No. 8:24-cv-02421-FLA-JDE<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SEAN STEELMON'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES** |

Defendants.

## DECLARATION OF BENJAMIN S. LEVINE

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Opposition to Defendant Sean Steelmon's Motion for Summary Judgment and/or Partial Summary Judgment of Issues. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as **"Exhibit 1"** is a true and correct copy of the relevant portions of the transcript of the October 8, 2025, Deposition of Sean Steelmon, which was taken via Zoom before a certified court reporter.

3. Attached hereto as **"Exhibit 2"** is a true and correct copy of the relevant portions of the transcript of the January 8, 2026, Deposition of Robert Tamate, which was taken via Zoom before a certified court reporter.

4. Attached hereto as **"Exhibit 3"** is a true and correct copy of the relevant portions of the transcript of the October 9, 2025, Deposition of David Mirzoyan, which was taken via Zoom before a certified court reporter.

5. Attached hereto as **"Exhibit 4"** is a true and correct copy of the relevant portions of the transcript of the October 9, 2025, Deposition of Phillip Phan, which was taken via Zoom before a certified court reporter.

6. Attached hereto as **"Exhibit 5"** is a true and correct copy of Robert Tamate's body-worn camera video as produced to Plaintiffs' counsel by Defendant City of Los Angeles, bates numbered CITY 0001744, with "Tamate" in the file name, during discovery in this matter. Tamate confirmed in testimony during his deposition, which I conducted, that a video recording of the incident was captured by his body-worn camera device, and that he had reviewed it. (*See* Ex. 2.) Based on the body-worn camera videos of the four other officers present during the subject

incident, which were submitted to the Court by Defendant Sean Steelmon in support of his pending Motion for Summary Judgment as Exhibits D, E, F, and G, this video appears consistent with Tamate's positioning, conduct, and speech during the subject incident as captured in the other four body-worn camera videos. It is the only video our office received in discovery in this matter that the City represented was a video recording captured by Tamate's body-worn camera during the subject incident.

7. Attached hereto as **"Exhibit 6"** is a true and correct copy of excerpts of (1) the report prepared by the County of Los Angeles Department of Medical Examiner regarding the October 9, 2023, autopsy of decedent Oscar Vasquez Lopez, Coroner Case No. 2023-13617, and (2) the report prepared by the County of Los Angeles Department of Medical Examiner, Forensic Science Laboratories, regarding the toxicological analysis performed on decedent Oscar Vasquez Lopez's blood. These reports were produced to Plaintiffs' counsel upon a request submitted to the Los Angeles Department of Medical Examiner's website on January 31, 2024, paying the required fee, after which the reports were mailed to counsel's office a few weeks later. A production letter is included at page 2 of the exhibit.

8. Filed concurrently herewith, together with a request to file document under seal, as **"Exhibit 7"** is a true and correct copy of the relevant portions of (1) the August 8, 2024, Intradepartmental Correspondence from then-Interim LAPD Chief of Police Dominic C. Choi to the Los Angeles Board of Police Commissioners containing his findings and analysis regarding the tactics and deadly force used by Defendant Sean Steelmon during the subject incident and (2) the record of votes by the Board of Police Commissioners during its September 24, 2024, closed session meeting, regarding whether to adopt the recommendations detailed in Chief Choi's August 8, 2024, letter. These documents were collectively produced to Plaintiffs' counsel by Defendant City of Los Angeles, bates numbered CITY 0002887-0002906, during discovery in this matter.

/ / /

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on March 13, 2026, at Woodland Hills, California.

*/s/ Benjamin S. Levine*
Benjamin S. Levine

DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SEAN STEELMON'S MOTION FOR SUMMARY JUDGMENT