# Exhibit 5

## (Robert Tamate Body-Worn Camera Video)

# LODGED SEPARATELY WITH COURT

# (SEE NOTICE OF LODGING)