# Exhibit 6
(Excerpts from Autopsy and Toxicology Reports)

Case 8:24-cv-02421-FLA-JDE    Document 56-8    Filed 03/13/26    Page 2 of 6    Page ID #:747

# COUNTY OF LOS ANGELES

## DEPARTMENT OF MEDICAL EXAMINER
1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

*"Enriching Lives"*



**Odey C. Ukpo, M.D., M.S.**
**Chief Medical Examiner**

Dear Sir or Madam,

Enclosed you will find the document(s) requested. Should you have any questions or need additional information, please contact the Records Section at (323) 343-0695.

Should you wish to speak to the Deputy Medical Examiner who conducted the examination, please call (323) 343-0518 to schedule an appointment.

Sincerely,
Public Services- Records Section
County of Los Angeles
Department of Medical Examiner

On behalf of

Vanessa Gastelum
Chief, Public Services Division
County of Los Angeles
Department of Medical Examiner

**Accreditations:**

*National Association of Medical Examiners (Provisional)*
*California Medical Association-Continuing Medical Education*
*Accreditation Council for Graduate Medical Education*

*ANAB ISO/IEC 17025:2017 Forensic Science Testing Laboratories*
*Peace Officer Standards and Training Certified*

**PLT 00108**

| COUNTY OF LOS ANGELES | | DEPARTMENT OF MEDICAL EXAMINER |
|---|---|---|
| **12** | **AUTOPSY REPORT** <br> I performed an autopsy on the body of → | No. 2023-13617 <br> VASQUEZ LOPEZ, OSCAR |

at ___the DEPARTMENT OF MEDICAL EXAMINER___

___Los Angeles, California___ on ___October 9, 2023 at 08:15 hours___
                                        (Date)          (Time)

From the anatomic findings and pertinent history I ascribe the death to:

(A) Shotgun wound of neck and shoulder
DUE TO OR AS A CONSEQUENCE OF
(B)
DUE TO OR AS A CONSEQUENCE OF
(C)
DUE TO OR AS A CONSEQUENCE OF
(D)
OTHER CONDITIONS CONTRIBUTING BUT NOT RELATED TO THE IMMEDIATE CAUSE OF DEATH

MANNER OF DEATH
    Homicide
HOW INJURY OCCURRED
    Shot by other

*Autopsy Summary:*

    I.  Shotgun wound of neck and shoulder
        A. Entrance: Right lateral neck
        B. Exit: Left lateral neck (at least two pellets)
        C. Reentry: left superior shoulder
        D. Projectile: six shotgun buckshot pellets, plastic wadding, and one metal fragment
        E. Direction: Right to left, and slightly downward
        F. Path: right lateral soft tissue of neck, right internal jugular vein, right common carotid artery, trachea, esophagus, left common carotid, at least two pellets exited, and at least one reentered on the superior aspect of the shoulder, the remainder of pellets continued to hit the clavicle, left subclavian vessels, humerus head, and rested in the left posterior aspect of shoulder and left arm.
        G. Associated findings:
          1. Right internal jugular vein laceration
          2. Right and left common carotid arteries
          3. Trachea laceration
          4. Esophagus laceration
          5. Fractures of the left clavicle and head of the humerus
          6. Hemorrhage of neck, left shoulder and left arm
        H. Range of fire: intermediate

| COUNTY OF LOS ANGELES | | DEPARTMENT OF MEDICAL EXAMINER |
|---|---|---|
| **12** | # AUTOPSY REPORT | No. 2023-13617<br>VASQUEZ LOPEZ, OSCAR |
| Page 9 | | |

**DIAGRAMS USED:**
Diagram form #20 and #22 were used during the performance of the autopsy. Medical examiner diagrams are not intended to be facsimiles nor are they drawn to scale.

**SUMMARY & OPINION:**
This 44 year-old man, Oscar Vasquez Lopez, died of a shotgun wound involving the neck and left shoulder. Stippling is present indicating intermediate range of fire. The manner of death is homicide.

*Sami Souccar MD*
Sami Souccar, MD
Associate Medical Examiner

10/16/2023
Date

*Raffi Djabourian*
Raffi Djabourian, MD
Senior Deputy Medical Examiner

10/16/2023
Date

CONFIDENTIAL

16A798P-Rev 8/6/15

**PLT 00117**

 

Department of Medical Examiner, County of Los Angeles
# FORENSIC SCIENCE LABORATORIES
1104 North Mission Road, Los Angeles, CA 90033
### Laboratory Analysis Summary Report

**Djabourian, Raffi M.D.**
Deputy Medical Examiner
1104 North Mission Road
Los Angeles, CA 90033

☐ PendingTox

**Case Number:** 2023-13617     **Decedent:** VASQUEZ LOPEZ, OSCAR

| SPECIMEN | SERVICE | DRUG | RESULT | ANALYST |
|---|---|---|---|---|
| **Alcohol Quantitation/Confirmation** | | | | |
| Blood, Femoral | | | | |
| | Alcohol-GC/FID-HS | Ethanol | 0.367 g% | A. Kazaryan |
| Blood, Heart | | | | |
| | Alcohol-GC/FID-HS | Ethanol | 0.371 g% | A. Kazaryan |
| Vitreous | | | | |
| | Alcohol-GC/FID-HS | Ethanol | 0.434 g% | A. Kazaryan |
| **Drug Screen** | | | | |
| Blood, Heart | | | | |
| | ELISA-Immunoassay | Benzodiazepines | ND | A. Martinez |
| | ELISA-Immunoassay | Cocaine and Metabolites | ND | A. Martinez |
| | ELISA-Immunoassay | Fentanyl | ND | A. Martinez |
| | ELISA-Immunoassay | Methamphetamine & MDMA | ND | A. Martinez |
| | ELISA-Immunoassay | Opiates: Codeine & Morphine | ND | A. Martinez |
| | ELISA-Immunoassay | Opiates: Hydrocodone & Hydromorphone | ND | A. Martinez |
| | ELISA-Immunoassay | Phencyclidine | ND | A. Martinez |
| **Drug Screen/Confirmation** | | | | |
| Blood, Heart | | | | |
| | Bases-GC/NPD &/or MS | Basic Drugs | ND | A. Chavez |

Case Number: 2023-13617     Decedent: VASQUEZ LOPEZ, OSCAR

| SPECIMEN | SERVICE | DRUG | RESULT | ANALYST |
|---|---|---|---|---|

**Legend:**

| | | | | | |
|---|---|---|---|---|---|
| | | ND | Not Detected | SNS | Specimen Not Suitable |
| g | Grams | ng/g | Nanograms per Gram | TNP | Test Not Performed |
| g% | Gram Percent | ng/mL | Nanograms per Milliliter | ug | Micrograms |
| Inc. | Inconclusive | PP | Presumptive Positive | ug/g | Micrograms per Gram |
| mg | Milligrams | QNS | Quantity Not Sufficient | ug/mL | Micrograms per Milliliter |

The alcohol analysis was performed in accordance to California Code of Regulations "Title 17" compliance by a qualified analyst in the Forensic Toxicology Laboratory, Forensic Laboratories Division, County of Los Angeles Department of Medical Examiner.

Enzyme-linked immunosorbent assay (ELISA) provides only a preliminary analytical result that is contingent upon a confirmatory test. A "presumptive positive" (PP) signifies a detection of a drug class and must be confirmed by additional testing for true identification and/or quantitation of specific drug(s) present in the specimen.

Per the Department's Evidence Retention Policy, the blood specimen(s) will be retained for one year (minimum) and all other specimens six months (minimum) from Postmortem Exam.

Final Review By: Sarah Buxton de Quintana
Digitally signed by Sarah Buxton de Quintana
Date: 2023.10.31 09:28:57 -07'00'

Sarah Buxton de Quintana
Supervising Criminalist I

The above results relate only to the items sampled and tested and have been technically and administratively reviewed and are the opinions and conclusions of the analysts noted. The final review has been certified by the noted Toxicologist to ensure that all standard operating procedures were followed as set by the Forensic Toxicology Laboratory, Forensic Sciences Laboratory Division, County of Los Angeles Department of Medical Examiner.

CONFIDENTIAL