# Exhibit 7

FILED SEPARATELY WITH COURT (SEE APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT)