1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Benjamin S. Levine (SBN 342060)
3  blevine@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333
5  Fax: (818) 347-4118

6  *Attorneys for Plaintiffs*

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br>             Plaintiffs, <br><br>      v. <br><br> CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, | Case No. 8:24-cv-02421-FLA-JDE <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> **DECLARATION OF DAYLIN D. VASQUEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SEAN STEELMON'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES** |

1
DECLARATION OF DAYLIN D. VASQUEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANT SEAN STEELMON'S MOTION FOR SUMMARY JUDGMENT

Defendants.

# DECLARATION OF DAYLIN D. VASQUEZ

I, Daylin D. Vasquez, do hereby declare as follows:

1. My name is Daylin D. Vasquez. I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein, and would competently testify thereto if called upon to do so.

3. I am the natural daughter of Oscar Vasquez Lopez ("Oscar").

4. I knew Oscar my entire life and communicated with him regularly, including during periods where we lived in different places.

5. Oscar lived in Guatemala for his entire life until approximately three years prior to his death. During the approximately three years prior to his death, he lived in the United States. This period was the only period during his life when he lived in an English-speaking country.

6. Based on my personal knowledge and lifelong interactions with him, including late in his life, Oscar did not understand or speak English.

7. Oscar spoke and understood only Spanish. Throughout my life, I never witnessed Oscar speak any English, and I never witnessed him appear to understand English when he heard it spoken.

8. I observed that Oscar was unable to communicate with individuals who spoke only English. For example, when ordering food at restaurants or otherwise interacting with English-speaking individuals, he required assistance from someone who spoke Spanish, or would obtain help from others who spoke both English and Spanish to translate for him.

9. Based on these experiences and my lifelong relationship with him, I know that Oscar did not speak or understand English, and only understood and communicated in Spanish.

1      I, Daylin D. Vasquez, declare under penalty of perjury under the laws of the
2  State of California that the foregoing is true and correct.
3
4      Executed on  3/10/2026  in  Houston , Texas.
5
6      *Firmado por:* Daylin Dalila Vasquez
    3CBA1D4BEEF44BF...
    Daylin D. Vasquez
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DECLARATION OF DAYLIN D. VASQUEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SEAN STEELMON'S MOTION FOR SUMMARY JUDGMENT