**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, | Case No. 8:24-cv-02421-FLA-JDE<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SEAN STEELMON'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>*[Filed concurrently with Declaration of Benjamin S. Levine; Proposed Order]* |

1

APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SEAN STEELMON'S MOTION FOR SUMMARY JUDGMENT

|   |   |
|---|---|
| 1 | Defendants. |
| 2 |   |

## APPLICATION FOR LEAVE TO FILE UNDER SEAL

Pursuant to L.R. 79-5.2.2(b), Plaintiffs Nelson Vasquez, Daylin Vasquez, Lussy Vasquez, Oscar Vasquez, K.V., A.V., and Jose Vasquez Lopez respectfully submit their application to file under seal the following documents, attached collectively as an exhibit to the Declaration of Benjamin S. Levine in Support of Plaintiffs' Opposition to Defendant Sean Steelmon's Motion for Summary Judgment and/or Partial Summary Judgment of Issues:

1. The August 8, 2024, Intradepartmental Correspondence from then-Interim LAPD Chief of Police Dominic C. Choi to the Los Angeles Board of Police Commissioners containing his findings and analysis regarding the tactics and deadly force used by Defendant Sean Steelmon during the subject incident (CITY 0002887-0002905); and

2. The record of votes by the Board of Police Commissioners during its September 24, 2024, closed session meeting, regarding whether to adopt the recommendations detailed in Chief Choi's August 8, 2024, letter (CITY 0002906).

The basis for this application is that the foregoing documents, which were produced by Defendant City of Los Angeles in discovery in this action and designated as "Confidential" pursuant to the protective order entered in this matter by Magistrate Judge John D. Early on May 28, 2025. [Dkt. 41.] These materials are relevant to Plaintiffs' opposition to Defendant Steelmon's pending Motion. Plaintiffs are required under the terms of the protective order to submit this application when seeking to file a document that another party has designated as "Confidential." Plaintiffs therefore respectfully submit this application and defer to the Court as to whether the instant Application should be granted or denied according to the Court's

1 | judgment. If the Court denies this Application, Plaintiffs request leave to file the
2 | materials in the public record unless otherwise instructed by the Court.

DATED: March 13, 2026        LAW OFFICES OF DALE K. GALIPO

By  */s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiffs