UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive,<br><br>      Defendants | Case No. 8:24-cv-02421-FLA-JDE<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER [GRANTING] [DENYING] APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

# [PROPOSED] ORDER

The Court has considered Plaintiffs' Application for Leave to File Under Seal, which is hereby:

_____ DENIED. Good cause does not exist to file these exhibits under seal, and the documents that are the subject of the Application shall be filed regularly through the Court's CM/ECF system.

_____ GRANTED. The documents that are the subject of the Application shall be filed under seal through the Court's CM/ECF system.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE