**Name & Address:**
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074) dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060) blevine@galipolaw.com
21800 Burbank Blvd., Suite 310 Woodland Hills, CA
Tel: (818) 347-3333  Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nelson Vasquez, et al. <br><br> PLAINTIFF(S) <br> v. <br> City of Los Angeles, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:24-cv-02421-FLA-JDE <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

Exhibit 5 - Robert Tamate Body-Worn Camera Video

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 13, 2026
Date

/s/ Benjamin S. Levine
Attorney Name
Plaintiffs
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                **NOTICE OF MANUAL FILING OR LODGING**