James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise Lynch Rocawich, SBN 232792
dlr@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:   (714) 446-1448

Attorneys for Defendant, SEAN STEELMON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; K.V., by and through her Guardian ad litem, Daylin Vasquez, individually and as successor- in-interest to Decedent Oscar Vasquez Lopez; A.V., by and through his Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, SEAN STEELMON; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No:  8:24−cv−02421-FLA (JDE)<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Court Room:  6B<br><br>**DEFENDANT STEELMON'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF REPLY TO OPPOSTION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>[Filed Concurrently herewith:<br> (1) Declaration of Rocawich; and<br> (2) [PROPOSED] Order.] |

-1-
APPLICATION FOR LEAVE TO FILE UNDER SEAL

## APPLICATION FOR LEAVE TO FILE UNDER SEAL

Pursuant to L.R. 79-5.2.2(b), Defendant Sean Steelmon respectfully submits this Application to File Under Seal Exhibit "J" to the Declaration of Denise Lynch Rocawich in Support of Reply to Opposition to Motion for Summary Judgment and/or Partial Summary Judgment of Issues.

Exhibit "J" should be filed under seal because it is privileged as official information. Sanchez v. City of Santa Ana, 936 F.2d 1027, 1033 (9th Cir. Cal. 1990); see also Kerr v. United States Dist. Ct. for N.D. Cal., 511 F.2d 192, 198 (9th Cir.1975), aff'd, 426 U.S. 394, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976). Specifically, Exhibit "J" to the Declaration of Rocawich is an internal affairs document of the LAPD Board of Rights that has not been publicly released and that was produced by Defendant, City of Los Angeles, in discovery in this action as BATES CITY 2952-2970 and designated as "Confidential" pursuant to the Protective Order entered in this matter by Magistrate Judge John D. Early May 28, 2025. [Dkt. 41.]

Exhibit "J" is evidence related to disciplinary proceedings, where an officers' conduct was considered to be contrary to LAPD policy. Public disclosure of such material poses a substantial risk of embarrassment, oppression and/or physical harm to peace officers whose confidential information is disclosed. The risk of harm to peace officers is greater than with other government employees due to the nature of their profession, and the benefit of public disclosure of Confidential Information is minimal while the potential disadvantages are great.

Exhibit "J" is relevant to Steelmon's Reply to Plaintiffs' Opposition to Steelmon's Motion for Summary Judgment and/or Partial Summary Judgment of Issues. Specifically, in opposition to Steelmon's Motion, Plaintiffs' have submitted and have applied to have sealed (1.) The August 8, 2024, Intradepartmental Correspondence from then-Interim LAPD Chief of Police Dominic C. Choi to the Los Angeles Board of Police Commissioners containing his findings and analysis

APPLICATION FOR LEAVE TO FILE UNDER SEAL

regarding the tactics and deadly force used by Defendant Sean Steelmon during the subject incident (CITY 0002887-0002905); and (2.) The record of votes by the Board of Police Commissioners during its September 24, 2024, closed session meeting, regarding whether to adopt the recommendations detailed in Chief Choi's August 8, 2024, letter (CITY 0002906). See [DKT 57] Exhibit "J" is the LAPD Board of Rights – the final disciplinary appeal body for officers accused of misconduct -- Rationale of Findings Transcript dated May 7, 2025 wherein the Board of Rights heard the appeal of the findings of the Board of Police Commissioners, submitted by Plaintiffs as Exhibit "7", regarding the tactics and deadly force used by Defendant Sean Steelmon during the subject incident. Defendant Steelmon is required under the terms of the Protective Order to submit this Application when seeking to file a document that another party (City of Los Angeles) has designated as "Confidential." No party opposes this Application.

For theses reasons, Defendant Sean Steelmon respectfully requests that the Court grant this Application for Leave to File Under Seal Exhibit "J" to the Declaration of Denise Lynch Rocawich in support of his Reply to Plaintiffs' Opposition to his Motion for Summary Judgment and/or Partial Summary Judgment of Issues.

Dated: March 19, 2026

Respectfully submitted,

JONES MAYER


By:/s/*Denise Lynch Rocawich*
    JAMES R. TOUCHSTONE
    DENISE LYNCH ROCAWICH
    Attorneys for Defendant
    Sean Steelmon

APPLICATION FOR LEAVE TO FILE UNDER SEAL