James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise Lynch Rocawich, SBN 232792
dlr@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:   (714) 446-1448

Attorneys for Defendant, SEAN STEELMON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; K.V., by and through her Guardian ad litem, Daylin Vasquez, individually and as successor- in-interest to Decedent Oscar Vasquez Lopez; A.V., by and through his Guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br>          Plaintiffs, <br><br>     vs. <br><br> CITY OF LOS ANGELES, SEAN STEELMON; and DOES 2 through 10, inclusive, <br><br>          Defendants. | Case No:  8:24−cv−02421-FLA (JDE) <br><br> Judge: Hon. Fernando L. Aenlle-Rocha Court Room:  6B <br><br> **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES** <br><br> [Filed Concurrently herewith: <br> (1) Application to File Under Seal; and <br> (2) Declaration of Rocawich.] |

- i -

[PROPOSED] ORDER RE APPLICATION TO FILE EXHIBIT UNDER SEAL

# [PROPOSED] ORDER

The Court has considered Defendant Steelmon's Application for Leave to File Under Seal and Exhibit in Support of Steelmon's Reply to Opposition to Motion for Summary Judgment, which is hereby:

_____ DENIED. Good cause does not exist to file this exhibit under seal, and the exhibit that is the subject of the Application shall be filed regularly through the Court's CM/ECF system.

_____ GRANTED. The exhibit that is the subject of the Application shall be filed under seal through the Court's CM/ECF system.

DATED:

_____
HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE