**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, | **Case No. 8:24-cv-02421-FLA-JDE** <br><br> *Hon.  Fernando L. Aenlle-Rocha* <br><br> **PLAINTIFFS' OBJECTION TO DEFENDANT SEAN STEELMON'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES** |

PLAINTIFFS' OBJECTION TO DEFENDANT SEAN STEELMON'S REPLY

Defendants.

Plaintiffs object that Defendant Sean Steelmon's reply brief in support of his Motion for Summary Judgment and/or Partial Summary Judgment of Issues is, like his initial brief, overlength without leave of Court.

This Court's Standing Order limits reply briefs to 4,200 words. [Dkt. 9 at 6.] The Certificate of Compliance attached to Steelmon's Reply states that the Reply contains 5,624 words. [Dkt. 63 at 26.] This is despite Plaintiffs' prior objection to Steelmon's initial overlength brief, in which Plaintiffs cited to the specific portion of this Court's Standing Order setting word limits for briefs. [*See* Dkt. 55; *see also* Dkt. 63-1 at ¶ 2 (acknowledging, in support of Reply brief, initial brief's violation of Standing Order word limit).]

Together, Steelmon's two briefs in support of his motion exceed this Court's limits by a total of 2,396 words. As before, Plaintiffs respectfully request that the Court take appropriate measures to cure the prejudice created by Steelmon's word limit violations, such as by disregarding the portions of that exceed the word limits, or any alternative approach the Court deems appropriate. [*See* Dkt. 55.]

Respectfully submitted,

DATED:  March 23, 2026          LAW OFFICES OF DALE K. GALIPO


                                By  */s/ Benjamin S. Levine*
                                    Dale K. Galipo
                                    Benjamin S. Levine
                                    Attorneys for Plaintiffs

2

PLAINTIFFS' OBJECTION TO DEFENDANT SEAN STEELMON'S REPLY