**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, | **Case No. 8:24-cv-02421-FLA-JDE**<br><br>*Hon. Fernando L. Aenlle-Rocha*<br><br>**PLAINTIFFS' OBJECTION TO EVIDENCE SUPPORTING DEFENDANT SEAN STEELMON'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES** |

Defendants.

Plaintiffs submit the following qualified objection to Defendant Sean Steelmon's evidence submitted with his Reply brief in support of his Motion for Summary Judgment and/or Partial Summary Judgment of Issues.

Steelmon's Reply evidence, Exhibit J, filed concurrently with an Application for Leave to File Under Seal Exhibit [*see* Dkt. 60-62], consists of a "Rationale of Findings" transcript from a Board of Rights hearing addressing Steelmon's appeal of the decisions reached by both then-Chief of Police Dominic C. Choi and the Los Angeles Board of Police Commissioners. [Dkt. 63-1 at ¶ 6.] Those decisions are contained in Plaintiffs' Exhibit 7, filed concurrently with Plaintiffs' Application for Leave to File Under Seal Exhibit. [*Id.* at ¶ 5; *see* Dkt. 57-58.] Plaintiffs' Exhibit 7 and Steelmon's Exhibit J—which, together, evince the differing views reasonable minds could take about the subject incident and the inferences to be drawn from the video recordings—should both be considered; if one is appropriate, so is the other. But for preservation purposes, and to the extent that the Court considers excluding Plaintiffs' Exhibit 7 based on Steelmon's objections thereto, Plaintiffs object to Steelmon's Exhibit J on the same grounds [*see* Dkt. 65 at 23-24 (lack of materiality, multiple hearsay without exception, lack of foundation, lack of authentication, improper opinion, and irrelevance)], which apply equally to both exhibits.

Respectfully submitted,

DATED:  March 23, 2026          LAW OFFICES OF DALE K. GALIPO


                               By  */s/ Benjamin S. Levine*
                                   Dale K. Galipo
                                   Benjamin S. Levine
                                   Attorneys for Plaintiffs

PLAINTIFFS' OBJECTION TO EVIDENCE