**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; DAYLIN VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; LUSSY VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; OSCAR VASQUEZ, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; K.V., by and through her guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; A.V., by and through his guardian ad litem, Daylin Vasquez, individually and as successor-in-interest to Decedent, Oscar Vasquez Lopez; and JOSE VASQUEZ LOPEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; SEAN STEELMON; and DOES 2 through 10, inclusive, <br><br> Defendants. | Case No. 8:24-cv-02421-FLA-JDE <br><br> *Hon. Fernando L. Aenlle-Rocha* <br><br> **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

1

**TO THIS HONORABLE COURT:**

Plaintiffs, Nelson Vasquez, Daylin Vasquez, Lussy Vasquez, Oscar Vasquez, K.V., A.V., and Jose Vasquez Lopez; and Defendants, City of Los Angeles and Sean Steelmon—the parties to this action—by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

WHEREAS, on May 18, 2026, the parties participated in a mediation with mediator Richard T. Copeland, which resulted in the issuance of a mediator's proposal for the conditional settlement of this entire action, with a deadline of May 22, 2026, to accept or reject the proposal. At close of business on May 22, Mr. Copeland advised the parties that both sides had accepted the mediator's proposal.

WHEREAS, the conditional settlement of this action is subject to review and approval by entities within and for the City of Los Angeles, including the Los Angeles City Council. These reviews and approvals are expected to be completed within four (4) months.

WHEREAS, given the parties' conditional settlement, the summary judgment motion that is currently under submission, and upcoming deadlines in this case, the parties wish to make the Court aware of the conditional settlement and are content to have the remaining dates and deadlines vacated based on the conditional settlement.

WHEREAS, the parties respectfully request that all dates and deadlines be vacated based on the parties' conditional settlement of the entire action.

WHEREAS, multiple Plaintiffs in this action are minors whose settlement of their claims in this action will require Court approval. However, these Plaintiffs, through their counsel and Guardian *ad Litem*, will be unable to begin the process of selecting annuities and preparing an application for the approval of their claims until after all approvals of the settlement by the City have occurred.

. . .

2

WHEREAS, following the necessary approvals, the filing and resolution of applications for the compromise of the minor Plaintiffs' claims, and payment of the settlement funds, the parties will file a stipulated dismissal of the entire action with prejudice. The parties further request that the Court set a status conference or a deadline for the parties to file a status report in approximately six (6) months, at which time the parties can advise the Court of the status of settlement, if the application for the approval of the minor Plaintiffs' claims has not been resolved and dismissal documents have not yet been filed by that time.

Respectfully submitted,

DATED: May 28, 2026     **LAW OFFICES OF DALE K. GALIPO**

By: _____
          Dale K. Galipo
          Benjamin S. Levine
          *Attorneys for Plaintiffs*

DATED: May 28, 2026     **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE MILLS**, Chief Deputy City Attorney

By: _____
          Christian R. Bojorquez, DCA
          *Attorneys for Defendant* City of Los Angeles

DATED: May 28, 2026     **JONES MAYER**

By: ___/s/ James R. Touchstone___
          James R. Touchstone
          Denise Lynch Rocawich
          *Attorneys for Defendant* Sean Steelmon

NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES